Index No. **20CV5855**
File No.

**DISTRICT**        COURT,COUNTY OF        **EASTERN NY**

---

**ESTEBAN FLORES MARQUEZ**

                                 Plaintiff(s)

against

**INDIAN TAJ, INC. D/B/A/ SANTOOR INDIAN RESTAURANT AND BALVINDER SINGH**

                                 Defendant(s)

---

State of New York, County of Nassau                    SS:

**HUSAM AL-ATRASH**    being duly sworn,deposes and says: that deponent is not a party to this action, is over
18 years of age and resides at        **BROOKLYN**        **NY**        **11228**

That on      **2/12/2021**        at        **1:00 PM** at        **PLACE OF BUS.**      at
**257-05 UNION TURNPIKE**
**GLEN OAKS**                **NY**                    **11004**
deponent served the within
**SUMMONS AND COMPLAINT**

on        **BALVINDER SINGH C/O INDIAN TAJ, INC.**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;
## SUITABLE AGE PERSON
by delivering a true copy of each to        **MS. JANE (REFUSED FULL NMAE)**            **CO-WORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling
house usual place of abode within the state
<u>APPROXIMATE DESCRIPTION</u>
<u>SEX</u>    **FEMALE**    <u>COLOR</u>    **BROWN**    <u>HAIR</u>    **BLACK**    <u>HEIGHT</u>    **5'4'**    <u>WEIGHT</u>    **140**
<u>AGE</u>      **30**      <u>OTHER</u>

**MAILING**
      On    **2/12/2021** deponent mailed a copy of same  to respondent at
**257-05 UNION TURNPIKE**
**GLEN OAKS**                **NY**                    **11004**
by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not
indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or
action against the person.

**MILITARY CONFIRMATION**
I asked the person spoken to
**MS. JANE (REFUSED FULL NMAE)**
whether recipient is in active military service of the United States in any capacity whatever.
Person answered in the negative.

Sworn to before me on    2/12/21

SHAUL HORAN                Brill Uri
Notary Public, State of New York    Notary Public, State of New York
No. 01HO6108246            No. 01BR6394019
Qualified in Nassau County        Qualified in Nassau County        **HUSAM AL-ATRASH**
Commission Expires 04/12/2020    Commission Expires 07/01/2023    **1279639**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola,NY 11501 (516) 741-4353