```
                                                            143661
                                                            MOSER- STE

                                             Index No.  20-CV-5855
                                             File No.
```

**DISTRICT**    COURT, COUNTY OF    **EASTERN NY**

**ESTEBAN MARQUEZ**

Plaintiff(s)

against

**INDIAN TAJ, INC. D/B/A SANTOOR INDIAN RESTAURANT, BALVINDER SINGH, HARMINDER SINGH, JOGINDER SINGH, KIRPAL SINGH AND MEHANGA SINGH**

Defendant(s)

State of New York, County of Nassau                    SS:

**HUSAM AL-ATRASH**   being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at   **BROOKLYN**   **NY**   **11228**

That on   **5/18/2021**   at   **12:00 n**   at   **PLACE OF BUS.**   at
**257-05 UNION TPKE**
**GLEN OAKS**   **NY**   **11004**
deponent served the within
**SUMMONS**
**FIRST AMENDED COMPLAINT**

on   **KIRPAL SINGH**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

**SUITABLE AGE PERSON**
by delivering a true copy of each to   **MS. JANE (REFUSED FULL NAME)**   **CO-WORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

**APPROXIMATE DESCRIPTION**

| SEX | FEMALE | COLOR | BROWN | HAIR | BLACK | HEIGHT | 5'3' | WEIGHT | 140 |
|---|---|---|---|---|---|---|---|---|---|
| AGE | 30 | OTHER | | | | | | | |

**MAILING**
On   **5/21/2021** deponent mailed a copy of same to respondent at
**257-05 UNION TPKE**
**GLEN OAKS**   **NY**   **11004**
by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

**MILITARY CONFIRMATION**
I asked the person spoken to
**MS. JANE (REFUSED FULL NAME)**
whether recipient is in active military service of the United States in any capacity whatever.
Person answered in the negative.

Sworn to before me on    5/21/21

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

Brill Uri
Notary Public, State of New York
No. 01BR6394019
Qualified in Nassau County
Commission Expires 07/01/2023

**HUSAM AL-ATRASH**
1279639

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353