UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Esteban Marquez,

                       Plaintiff,                          20-cv-05855-DG-RML

    -    against  –                        **CERTIFICATE OF DEFAULT**

Indian Taj, Inc. d/b/a Santoor Indian Restaurant,
Balvinder Singh, Harminder Singh, Joginder Singh,
Kirpal Singh and Mehanga Singh,
                      Defendants.
-----------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh, have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 9, 2021

                                              DOUGLAS C. PALMER, Clerk of the Court
                                  By: _Jalitza Poveda_____
                                             Deputy Clerk