Steven John Moser (SM1133)
MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esteban Marquez,<br><br>                                          Plaintiff,<br><br>           -*against*-<br><br>Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh,<br><br>                                          Defendants. | Case No. 20-cv-5855(DG)(RML) |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)**

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, the undersigned, attorneys for plaintiff Esteban Marquez shall move before the Honorable Robert M. Levy, United States Magistrate Judge, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for a default judgment against defendants pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this motion, Plaintiff submits the annexed Memorandum of Law in Support of Plaintiffs Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b )(2), the Declaration of Steven J. Moser in support thereof, with exhibits thereto, and the Declaration of the Plaintiff Esteban Marquez.

Dated: Huntington, New York
November 19, 2021

                                        Respectfully submitted,
                                        MOSER LAW FIRM, P.C.

                                        _____
                                        Steven John Moser, Esq. (SM1133)
                                        5 East Main Street
                                        Huntington, NY 11743
                                        (516) 671-1150
                                        steven.moser@moserlawfirm.com
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on November 19, 2021, I delivered via first class mail courtesy of the United States Postal Service, true and accurate copies of this Notice of Motion, Memorandum of Law in Support thereof, Declaration of Steven J. Moser with annexed exhibits, and Declaration of the Plaintiff upon the Defendants at the following addresses:

>Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004
>
>Balvinder Singh
>c/o Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004
>
>Harminder Singh
>c/o Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004
>
>Joginder Singh
>c/o Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004
>
>Kirpal Singh
>c/o Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004
>
>Mehanga Singh
>c/o Indian Taj, Inc. d/b/a Santoor Indian Restaurant
>257-05 Union Turnpike
>Glen Oaks, NY 11004

Dated: Huntington, New York
       November 19, 2021

_____
Steven J. Moser