UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTEBAN MARQUEZ,

                Plaintiff,

   -against-

INDIAN TAJ, INC. d/b/a SANTOOR INDIAN
RESTAURANT, BALVINDER SINGH,
HARMINDER SIGNH, JOGINDER SINGH,
KIRPAL SINGH and MEHANGA SINGH,

                Defendants.
------------------------------------------------------------X

Case No. 20-CV-5855

**ORDER TO SHOW CAUSE**

      Upon the affidavit of Joginder Singh, sworn to on the 20th day of November, 2024, the affidavit of Jagdev Singh sworn to on the 21st day of November, 2024, the affirmation of Vincent T. Pallaci, dated November 21, 2024 and the exhibits annexed thereto, the memorandum of law submitted herewith, and upon all of pleadings had heretofore herein, it is

      ORDERED, that the above named plaintiff show cause before this Court at Room ____, United States Courthouse, Eastern District of New York, 225 Cadman Plaza E, Brooklyn, New York 11201, on the ____ day of _____, 2024 at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued: (1) pursuant to FRCP Rules 55(C) and/or 60(B)(4) vacating the default judgment entered against defendant Joginder Singh on the basis that the judgment is void due to improper and insufficient service upon him thereby depriving this Court of jurisdiction over Mr. Singh; and (2) pursuant to FRCP Rules 4, 12(b)2, 12(b)4 and 12(b)(5) dismissing all claims against Mr. Singh due to improper and insufficient services of process and this Court's lack of personal jurisdiction over him; and'

1

IT IS FURTHER ORDERED, that pending a hearing and determination of Mr. Singh's motion the plaintiff's is stayed and restrained from any further attempt to enforce the judgment entered against Mr. Singh on September 29, 2022; and

IT IS FURTHER ORDERED that a copy of this order, together with the papers upon which it is granted, be served on plaintiff, through his counsel, Moser Law Firm, P.C. via ______________________________ on or before the ___ day of ___________, 202__ and that such service be deemed good and sufficient.

Dated: Brooklyn, New York

___________________________________

UNITED STATES DISTRICT JUDGE