| | |
|---|---|
| **From:** | Vincent Pallaci |
| **To:** | "smoser@moseremploymentlaw.com" |
| **Subject:** | Marquez v. Indian Taj, Inc. et al. - Case No. 20-CV-5855 |
| **Date:** | Wednesday, November 20, 2024 11:32:00 AM |
| **Importance:** | High |

Mr. Moser,

We have been retained by Joginder Singh in this matter.  We are preparing and expect to file today a motion to vacate the default against him and seek to dismiss the claims as asserted against Mr. Singh.  The affidavit of service states that he was served through a co-worker at the restaurant in April of 2021.  However, he sold his entire interest in the restaurant in May 2014 and was no longer affiliated with the restaurant after that time.  As such, service was never proper and that will be the basis for the motion to vacate.  Since he did not own or manage the restaurant at any time during the relevant claims period, he cannot be liable for the wage claims.  The purpose of my e-mail is to ask whether you will consent to stay enforcement of your judgment pending a determination of the motion.  If so, I can prepare and send you a stipulation that we would then ask the judge to so-order.  If not, then we will file an order to show cause today seeking an emergency stay of enforcement pending a decision on the underlying motion to vacate and dismiss.  I am hopeful that we can avoid that unnecessary work by securing your consent.

Please let me know as soon as possible and feel free to give me a call to discuss if you wish.

Vincent T. Pallaci, Esq.

# Kushnick | Pallaci PLLC

3920 Veterans Memorial Highway, Suite 7
Bohemia, New York 11716
Tel: (631) 752-7100
Fax: (631) 752-3654
VTP@kushnicklaw.com

**To comply with best practices for limiting the spread of COVID-19, we ask that you avoid sending mail (including overnight mail such as FedEx deliveries) to our office unless absolutely necessary.  Our office will accept service of any documents normally served by mail via e-mail.  If you do not know the e-mail address for the attorney handling your case then you should e-mail the documents to mm@kushnicklaw.com.**

This e-mail message is intended only for the individual to which it is addressed.  This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

CIRCULAR 230 DISCLOSURE:  Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended

or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.