

**TD Bank**
America's Most Convenient Bank®
p.o. box 1880
Cherry hill, NJ 08034

tdbank.com

November 5, 2024

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034

MOSER LAW FIRM, PC
133 C NEW YORK AVENUE
HUNTINGTON, NY 11743

Re: ESTEBAN MARQUEZ v. INDIAN TAJ, INC D/B/A SANTOOR INDIAN RESTAURANT, BALVINDER SINGH, HARMINDDER SINGH, ET AL
Index Number: 005855-20
TD Bank reference number: 1149219

Dear Sir or Madam:

TD Bank, N.A., is in receipt of the Information Subpoena and Restraining Notice you served in connection with the above referenced matter. A search of our records indicates that TD Bank, N.A. maintains an account or accounts in the name of the debtor as set forth below. The balances shown reflect the funds available for the Restraining Notice pursuant to state and/or federal laws.

| Account | Name | Amount |
|---|---|---|
| REDACTED AS CONFIDENTIAL | JOGINDER SINGH, NAVDEEP SAINI | $22,729.59 |
| Total | $22,729.59 | |

Note that TD Bank, N.A. will not remit funds maintained in a joint account in satisfaction of a judgment when only one account holder is a debtor unless it is directed to do so either by a court order or upon instructions from all account holders. Please be advised that the information contained in this response is subject to change and further verification, pursuant to changes in state laws and/or legal or regulatory guidance.

TD Bank, N.A.

*Tina Nguyen*
By: Tina Nguyen,
Levy Associate

Sworn to before me
this 5th day of November 2024

_____
Notary Public