UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTEBAN MARQUEZ,

              Plaintiff,

  -against-

INDIAN TAJ, INC. d/b/a SANTOOR INDIAN
RESTAURANT, BALVINDER SINGH,
HARMINDER SIGNH, JOGINDER SINGH,
KIRPAL SINGH and MAHANGA SINGH,

              Defendants.
-----------------------------------------------------------X

Case No. 20-CV-5855

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the undersigned parties as follows:

      1.    Pending a determination of defendant Joginder Singh's motion (Docket #26 and #27) to vacate the default judgment against him and to dismiss all claims asserted against him, the plaintiff agrees not to take any further action to enforce the judgment entered herein against Joginder Singh or execute upon any restraints previously served.

      2.    Plaintiff's consent to item 1 of this stipulation renders that portion of defendant's motion (Docket #26 and #27) which is for a temporary restraining order prohibiting further enforcement of the judgment moot and that component of the motion is hereby withdrawn.

      3.    Plaintiff shall serve its opposition to defendant Joginder Singh's motion to vacate and dismiss on or before December 13, 2024.

      4.    Defendant Joginder Singh shall serve its reply to plaintiff's opposition, if any, on or before December 19, 2024.

5.  This stipulation may be executed in counterparts and electronic signatures hereon shall have the same binding effect as the originals thereof.

| KUSHNICK PALLACI PLLC | MOSER LAW FIRM PC |
|---|---|
| By: /s/ *Vincent T. Pallaci* <br> Vincent T. Pallaci, Esq. <br> Attorneys for Joginder Singh <br> 3920 Veterans Memorial Highway, Suite 7 <br> Bohemia, New York 11716 <br> (631) 752-7100 <br> vtp@kushnicklaw.com <br> Dated: November 26, 2024 | By: /s/ Steven J. Moser <br> Steven J. Moser, Esq. <br> Attorneys for Plaintiff <br> 5 East Main Street <br> Huntington, New York 11743 <br> (631) 824-0200 <br> Steven.moser@moserlawfirm.com <br> Dated: |