UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esteban Marquez,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh,<br><br>　　　　　　　　　*Defendants*. | Case No. 20-cv-5855<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that Bhavleen Sabharwal of the Law Office of Bhavleen Sabharwal, P.C. hereby enters an appearance as counsel of record for defendant Harminder Singh in the above-captioned matter and requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

Dated: December 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Bhavleen S.*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Bhavleen Sabharwal
　　　　　　　　　　　　　　　　　　　　　　Law Office of Bhavleen Sabharwal, P.C
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　Defendant Harminder Singh
　　　　　　　　　　　　　　　　　　　　　　261 Madison Avenue Suite 1063
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　Bsabharwal@bsablaw.com
　　　　　　　　　　　　　　　　　　　　　　(917) 597-5984