UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTEBAN MARQUEZ,

                Plaintiff,

  -against-

INDIAN TAJ, INC. d/b/a SANTOOR INDIAN
RESTAURANT, BALVINDER SINGH,
HARMINDER SIGNH, JOGINDER SINGH,
KIRPAL SINGH and MAHANGA SINGH,

                Defendants.
-----------------------------------------------------------X

Case No. 20-CV-5855

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the undersigned parties as follows:

1.    Defendant Joginder Singh's time to reply to plaintiff's opposition to his motion to dismiss (Docket #26 and #27) is extended one day, to December 20, 2024, on consent.

2.    This stipulation may be executed in counterparts and electronic signatures hereon shall have the same binding effect as the originals thereof.

Dated:  December 20, 2024

| KUSHNICK PALLACI PLLC | MOSER LAW FIRM PC |
|---|---|
| By:  /s/ *Vincent T. Pallaci* | By:  /s/ Steven J. Moser |
| Vincent T. Pallaci, Esq. | Steven J. Moser, Esq. |
| Attorneys for Joginder Singh | Attorneys for Plaintiff |
| 3920 Veterans Memorial Highway, Suite 7 | 5 East Main Street |
| Bohemia, New York 11716 | Huntington, New York 11743 |
| (631) 752-7100 | (631) 824-0200 |
| vtp@kushnicklaw.com | Steven.moser@moserlawfirm.com |

SO ORDERED:

_____
Diane Gujarati, USDJ