

**2022**

Department of Taxation and Finance

# Summary of W-2 Statements
New York State • New York City • Yonkers

**IT-2**

c

Do not detach or separate the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on page 2.

## W-2 Record 1

**Box c Employer's information**

Employer's name: **DIWANS RESTUARANT INC**

Employer's address (number and street): **3747 74 STREET**

| City | State | ZIP code | Country |
|---|---|---|---|
| JACKSON HEIGHTS | NY | 11372 | |

**Box a** Employee's Social Security number for this W-2 Record: [redacted]

**Box b** Employer identification number (EIN): [redacted]

| Box | Amount |
|---|---|
| Box 1 Wages, tips, other compensation | 15000.00 |
| Box 8 Allocated tips | .00 |
| Box 10 Dependent care benefits | .00 |
| Box 11 Nonqualified plans | .00 |
| Box 12a Amount | .00 | Code |
| Box 12b Amount | .00 | Code |
| Box 12c Amount | .00 | Code |
| Box 12d Amount | .00 | Code |
| Box 14a Amount | .00 | Description |
| Box 14b Amount | .00 | Description |
| Box 14c Amount | .00 | Description |
| Box 14d Amount | .00 | Description |

**Box 13**  Statutory employee [ ]   Retirement plan [ ]   Third-party sick pay [ ]   Corrected (W-2c) [ ]

**NY State information:**
- Box 15a NY State: **NY**
- Box 16a NYS wages, tips, etc.: **15000.00**
- Box 17a NYS income tax withheld: **267.00**

**Other state information:**
- Box 15b other state: 
- Box 16b Other state wages, tips, etc.: .00
- Box 17b Other state income tax withheld: .00

**NYC and Yonkers information** (see instr.):
- Box 18 Local wages, tips, etc.: Locality a **15000.00**, Locality b .00
- Box 19 Local income tax withheld: Locality a **196.00**, Locality b .00
- Box 20 Locality name: Locality a **NYC**, Locality b

**NEW YORK STATE 2022**

Department of Taxation and Finance

# Summary of W-2 Statements

New York State • New York City • Yonkers

**IT-2**

Do not detach or separate the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on page 2.

## W-2 Record 1

**Box c Employer's information**

Employer's name: JD INDIAN CUISINE INC

Employer's address (number and street): 23 MILLERS LANE

City: NEW HYDE PARK  State: NY  ZIP code: 11040  Country:

**Box a** Employee's Social Security number for this W-2 Record: [redacted]

**Box b** Employer identification number (EIN): [redacted]

**Box 1** Wages, tips, other compensation: 6000.00

**Box 8** Allocated tips: .00

**Box 10** Dependent care benefits: .00

**Box 11** Nonqualified plans: .00

**Box 12a** Amount: .00  Code:
**Box 12b** Amount: .00  Code:
**Box 12c** Amount: .00  Code:
**Box 12d** Amount: .00  Code:

**Box 14a** Amount: .00  Description:
**Box 14b** Amount: .00  Description:
**Box 14c** Amount: .00  Description:
**Box 14d** Amount: .00  Description:

**Box 13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

Corrected (W-2c) ☐

**NY State information:**
**Box 15a** NY State: NY
**Box 16a** NYS wages, tips, etc.: 6000.00
**Box 17a** NYS income tax withheld: 102.00

**Other state information:**
**Box 15b** other state:
**Box 16b** Other state wages, tips, etc.: .00
**Box 17b** Other state income tax withheld: .00

**NYC and Yonkers information (see instr.):**

**Box 18** Local wages, tips, etc.
Locality a: 6000.00
Locality b: .00

**Box 19** Local income tax withheld
Locality a: 76.00
Locality b: .00

**Box 20** Locality name
Locality a: NYC
Locality b: