## Form W-2 Wage and Tax Statement — 2019

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other comp. | 3000.00 |
| 2 | Federal income tax withheld | 105.75 |
| 3 | Social security wages | 3000.00 |
| 4 | Social security tax withheld | 186.00 |
| 5 | Medicare wages and tips | 3000.00 |
| 6 | Medicare tax withheld | 43.50 |

c Employer's name, address, and ZIP code:

DIWAN RESTAURANT INC.
3747 74TH STREET
JACKSON HEIGHTS NY 11372

d Control number:

e Employee's name, address, and ZIP code:

JOGINDER SINGH
80-55 LANGDALE ST
NEW HYDE PARK NY 11040

| Box | Field | Value |
|---|---|---|
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Other | SDI  3.00 |
| 15 | State/Employer's state ID number | NY [redacted] |
| 16 | State wages, tips, etc. | 3000.00 |
| 17 | State income tax | 99.35 |
| 18 | Local wages, tips, etc. | 3000.00 |
| 19 | Local income tax | 70.40 |
| 20 | Locality name | NY City |

Copy B — To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.
Dept. of the Treasury - IRS
DXA

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement — 2019 (Copy 2)

OMB No. 1545-0008

Same wage/tax values as above:
- 1 Wages: 3000.00
- 2 Federal income tax withheld: 105.75
- 3 Social security wages: 3000.00
- 4 Social security tax withheld: 186.00
- 5 Medicare wages and tips: 3000.00
- 6 Medicare tax withheld: 43.50

Employer: DIWAN RESTAURANT INC., 3747 74TH STREET, JACKSON HEIGHTS NY 11372
Employee: JOGINDER SINGH, 80-55 LANGDALE ST, NEW HYDE PARK NY 11040
14 Other: SDI 3.00
15 NY [redacted] — 16: 3000.00 — 17: 99.35
18: 3000.00 — 19: 70.40 — 20: NY City

Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return
Dept. of the Treasury - IRS
DXA

## Form W-2 Wage and Tax Statement — 2019 (Copy C)

Same values as above.
Employer: DIWAN RESTAURANT INC., 3747 74TH STREET, JACKSON HEIGHTS NY 11372
Employee: JOGINDER SINGH, 80-55 LANGDALE ST, NEW HYDE PARK NY 11040
14 Other: SDI 3.00
NY [redacted] — 3000.00 — 99.35
3000.00 — 70.40 — NY City

For EMPLOYEE'S RECORDS (See Notice on back.)
Dept. of the Treasury - IRS

## Form W-2 Wage and Tax Statement — 2019 (Copy 2)

Same values as above.
Employer: DIWAN RESTAURANT INC., 3747 74TH STREET, JACKSON HEIGHTS NY 11372
Employee: JOGINDER SINGH, 80-55 LANGDALE ST, NEW HYDE PARK NY 11040
14 Other: SDI 3.00
NY [redacted] — 3000.00 — 99.35
3000.00 — 70.40 — NY City

Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return
Dept. of the Treasury - IRS
DXA

| OMB No. 1545-0008 | Form W-2 Wage and Tax Statement | | 2019 |
|---|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 3000.00 | | 2 Federal income tax withheld 105.75 |
| | 3 Social security wages 3000.00 | | 4 Social security tax withheld 186.00 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 3000.00 | | 6 Medicare tax withheld 43.50 |
| c Employer's name, address, and ZIP code<br>DIWAN RESTAURANT INC.<br>3747 74TH STREET<br>JACKSON HEIGHTS NY 11372 | | | |
| d Control number | | | |
| e Employee's name, address, and ZIP code<br>JOGINDER SINGH<br>80-55 LANGDALE ST<br>NEW HYDE PARK NY 11040 | | | |
| 7 Social security tips | 8 Allocated tips | | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 12b | 12c | | 12d |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | | | |
| 14 Other  SDI  3.00 | | | |
| 15 State/Employer's state ID number NY | 16 State wages, tips, etc. 3000.00 | | 17 State income tax 99.35 |
| 18 Local wages, tips, etc. 3000.00 | 19 Local income tax 70.40 | | 20 Locality name NY City |

Copy B - To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.
DXA
Dept. of the Treasury - IRS

---

| OMB No. 1545-0008 | Form W-2 Wage and Tax Statement | | 2019 |
|---|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 3000.00 | | 2 Federal income tax withheld 105.75 |
| | 3 Social security wages 3000.00 | | 4 Social security tax withheld 186.00 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 3000.00 | | 6 Medicare tax withheld 43.50 |
| c Employer's name, address, and ZIP code<br>DIWAN RESTAURANT INC.<br>3747 74TH STREET<br>JACKSON HEIGHTS NY 11372 | | | |
| d Control number | | | |
| e Employee's name, address, and ZIP code<br>JOGINDER SINGH<br>80-55 LANGDALE ST<br>NEW HYDE PARK NY 11040 | | | |
| 7 Social security tips | 8 Allocated tips | | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 12b | 12c | | 12d |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | | | |
| 14 Other  SDI  3.00 | | | |
| 15 State/Employer's state ID number NY | 16 State wages, tips, etc. 3000.00 | | 17 State income tax 99.35 |
| 18 Local wages, tips, etc. 3000.00 | 19 Local income tax 70.40 | | 20 Locality name NY City |

Copy 2 - To be Filed With Employee's State, City, or Local Income Tax Return
DXA
Dept. of the Treasury - IRS

---

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

| OMB No. 1545-0008 | Form W-2 Wage and Tax Statement | | 2019 |
|---|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 3000.00 | | 2 Federal income tax withheld 105.75 |
| | 3 Social security wages 3000.00 | | 4 Social security tax withheld 186.00 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 3000.00 | | 6 Medicare tax withheld 43.50 |
| c Employer's name, address, and ZIP code<br>DIWAN RESTAURANT INC.<br>3747 74TH STREET<br>JACKSON HEIGHTS NY 11372 | | | |
| d Control number | | | |
| e Employee's name, address, and ZIP code<br>JOGINDER SINGH<br>80-55 LANGDALE ST<br>NEW HYDE PARK NY 11040 | | | |
| 7 Social security tips | 8 Allocated tips | | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 12b | 12c | | 12d |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | | | |
| 14 Other  SDI  3.00 | | | |
| 15 State/Employer's state ID number NY | 16 State wages, tips, etc. 3000.00 | | 17 State income tax 99.35 |
| 18 Local wages, tips, etc. 3000.00 | 19 Local income tax 70.40 | | 20 Locality name NY City |

---

| OMB No. 1545-0008 | Form W-2 Wage and Tax Statement | | 2019 |
|---|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 3000.00 | | 2 Federal income tax withheld 105.75 |
| | 3 Social security wages 3000.00 | | 4 Social security tax withheld 186.00 |
| b Employer ID number (EIN) | 5 Medicare wages and tips 3000.00 | | 6 Medicare tax withheld 43.50 |
| c Employer's name, address, and ZIP code<br>DIWAN RESTAURANT INC.<br>3747 74TH STREET<br>JACKSON HEIGHTS NY 11372 | | | |
| d Control number | | | |
| e Employee's name, address, and ZIP code<br>JOGINDER SINGH<br>80-55 LANGDALE ST<br>NEW HYDE PARK NY 11040 | | | |
| 7 Social security tips | 8 Allocated tips | | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 12b | 12c | | 12d |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | | | |
| 14 Other  SDI  3.00 | | | |
| 15 State/Employer's state ID number NY | 16 State wages, tips, etc. 3000.00 | | 17 State income tax 99.35 |
| 18 Local wages, tips, etc. 3000.00 | 19 Local income tax 70.40 | | 20 Locality name NY City |

Dept. of the Treasury - IRS