| a Employee's social security no. | Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.) |
|---|---|
| | OMB No. 1545-0008 |

| **b** Employer identification number (EIN) ▮▮▮▮ | **1** Wages, tips, other comp. 18000.00 | **2** Federal income tax withheld 135.00 |
|---|---|---|
| **c** Employer's name, address, and ZIP code SAKOON INC 275 W OLD COUNTRY RD HICKSVILLE, NY 11801 | **3** Social security wages 18000.00 | **4** Social security tax withheld 1116.00 |
| | **5** Medicare wages and tips 18000.00 | **6** Medicare tax withheld 261.00 |
| | **7** Social security tips | **8** Allocated tips |
| **d** Control number | **9** | **10** Dependent care benefits |
| **e** Employee's name, address, and ZIP code JOGINDER SINGH 80-55,LANGDALE NEW HYDE PARK,NY 11040 | **11** Nonqualified plans | c **12a** See instructions for box 12 |
| | **13** Statutory employee  Retirement plan  Third-party sick pay | c **12b** |
| | **14** Other NYSDI      31.20 | c **12c** |
| | | c **12d** |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| NY | ▮▮▮▮ | 18000.00 | 324.00 | 18000.00 | 226.32 | NYC |

Form **W-2**    **Wage and Tax Statement**    **2016**

38-2099803    Department of the Treasury -- Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

NTF 0487 *

WONEPERF

**a** Employee's social security no. ▮▮▮▮▮

**Copy B––To Be Filed With Employee's FEDERAL Tax Return.**
OMB No. 1545-0008

| | |
|---|---|
| **b** Employer identification number (EIN) ▮▮▮▮▮ | **1** Wages, tips, other comp.    24000.00     **2** Federal income tax withheld    725.04 |

**c** Employer's name, address, and ZIP code

SAKOON INC
275 W OLD COUNTRY RD
HICKSVILLE, NY 11801

| | |
|---|---|
| **3** Social security wages    24000.00 | **4** Social security tax withheld    1488.00 |
| **5** Medicare wages and tips    24000.00 | **6** Medicare tax withheld    348.00 |
| **7** Social security tips | **8** Allocated tips |

**d** Control number

| | |
|---|---|
| **9** Verification code | **10** Dependent care benefits |

**e** Employee's name, address, and ZIP code

JOGINDER SINGH

80-55, LANGDALE
NEW HYDE PARK, NY 11040

| | |
|---|---|
| **11** Nonqualified plans | **12a** See instructions for box 12 |
| **13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | **12b** |
| **14** Other    NYSDI    31.20    NYPFL    7.56 | **12c** |
| | **12d** |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| NY | ▮▮▮▮▮ | 24000.00 | 608.40 | 24000.00 | 465.78 | NYC |

Form **W-2**   **Wage and Tax Statement**    **2017**    Department of the Treasury -- Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

**7 BW2BC**    NTF 2581324    **BW2EEBC**    Copyright 2017 Greatland/Nelco - Forms Software Only