## Form W-2 — Wage and Tax Statement 2014 (Copy B)

| a Employee's SSN | | b Employer identification number (EIN) | | | OMB No. 1545-0008 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 1 Wgs, tips, other compn 8500.05 | 2 Fed inc tax withheld | 3 Social security wages 8500.05 | Form **W-2** |
| INDIANTAJ INC | | 4 SS tax withheld 527.00 | 5 Medicare wages & tips 8500.05 | 6 Medicare tax withheld 123.25 | **Wage and Tax Statement** |
| INDIAN TAJ INC | | 7 Social security tips | 8 Allocated tips | 9 | |
| 257- 05 UNION TURNPIKE | | | | | |
| FLORAL PARK   NY 11004 | | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | **2014** |
| d Control number | | | | | |
| e Employee's name, address, and ZIP code | Suff. | 13 | 14 Other | 12b | |
| | | Statutory employee | NY-SDI   7.80 | 12c | **Copy B To Be Filed with Employee's FEDERAL Tax Return** |
| JOGINDER .   SINGH | | Retirement plan | | | This information is being furnished to the Internal Revenue Service. |
| 80-55 LANGEDALE ST | | | | 12d | |
| NEW HYDE PARK   NY 11040 | | Third-party sick pay | | | |
| 15 State NY ... | 16 State wages, tips, etc 8500.05 | 17 State income tax | 18 Local wages, tips, etc 8500.05 | 19 Local income tax 0.00 | 20 Locality name NY - Ci |

QBMW2B2C   10/27/14 FW2

Department of the Treasury — IRS

---

## Form W-2 — Wage and Tax Statement 2014 (Copy 2)

| a Employee's SSN | | b Employer identification number (EIN) | | | OMB No. 1545-0008 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 1 Wgs, tips, other compn 8500.05 | 2 Fed inc tax withheld | 3 Social security wages 8500.05 | Form **W-2** |
| INDIANTAJ INC | | 4 SS tax withheld 527.00 | 5 Medicare wages & tips 8500.05 | 6 Medicare tax withheld 123.25 | **Wage and Tax Statement** |
| INDIAN TAJ INC | | 7 Social security tips | 8 Allocated tips | 9 | |
| 257- 05 UNION TURNPIKE | | | | | |
| FLORAL PARK   NY 11004 | | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | **2014** |
| d Control number | | | | | |
| e Employee's name, address, and ZIP code | Suff. | 13 | 14 Other | 12b | |
| | | Statutory employee | NY-SDI   7.80 | 12c | **Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.** |
| JOGINDER .   SINGH | | Retirement plan | | | |
| 80-55 LANGEDALE ST | | | | 12d | |
| NEW HYDE PARK   NY 11040 | | Third-party sick pay | | | |
| 15 State NY   Employer's state ID No 11-3346286 | 16 State wages, tips, etc 8500.05 | 17 State income tax | 18 Local wages, tips, etc 8500.05 | 19 Local income tax 0.00 | 20 Locality name NY - Ci |

QBMW2B2C   10/27/14 FW2

---

## Form W-2 — Wage and Tax Statement 2014 (Copy C)

QBMW2B2C   10/27/14 FW2

| a Employee's SSN | | b Employer identification number (EIN) | | | OMB No. 1545-0008 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | | | |
| INDIANTAJ INC | | 1 Wgs, tips, other compn 8500.05 | 2 Fed inc tax withheld | 3 Social security wages 8500.05 | Form **W-2** |
| INDIAN TAJ INC | | 4 SS tax withheld 527.00 | 5 Medicare wages & tips 8500.05 | 6 Medicare tax withheld 123.25 | **Wage and Tax Statement** |
| 257- 05 UNION TURNPIKE | | 7 Social security tips | 8 Allocated tips | 9 | |
| FLORAL PARK   NY 11004 | | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | **2014** |
| d Control No. | | | | | |
| e Employee's name, address, and ZIP code | Suff. | 13 | 14 Other | 12b | |
| | | Statutory employee | NY-SDI   7.80 | 12c | **Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee.)** |
| JOGINDER .   SINGH | | Retirement plan | | | |
| 80-55 LANGEDALE ST | | | | 12d | |
| NEW HYDE PARK   NY 11040 | | Third-party sick pay | | | |
| 15 State NY   Employer's state ID No | 16 State wages, tips, etc 8500.05 | 17 State income tax | 18 Local wages, tips, etc 8500.05 | 19 Local income tax 0.00 | 20 Locality name NY - Ci |

| **a** Employee's social security no. | **Copy B—To Be Filed With Employee's FEDERAL Tax Return.** OMB No. 1545-0008 | |
|---|---|---|

| **b** Employer identification number (EIN) | **1** Wages, tips, other comp. 7500.00 | **2** Federal income tax withheld 0.00 |
|---|---|---|
| **c** Employer's name, address, and ZIP code <br> SAKOON INC <br> 275 W OLD COUNTRY RD <br> HICKSVILLE, NY 11801 | **3** Social security wages 7500.00 | **4** Social security tax withheld 465.00 |
| | **5** Medicare wages and tips 7500.00 | **6** Medicare tax withheld 108.90 |
| | **7** Social security tips | **8** Allocated tips |
| **d** Control number | **9** | **10** Dependent care benefits |
| **e** Employee's name, address, and ZIP code <br> JOGINDER SINGH <br><br> 80-55, LANGDALE <br> NEW HYDE PARK, NY 11040 | **11** Nonqualified plans | **12a** See instructions for box 12 |
| | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| | **14** Other <br> NYSDI          31.20 | **12c** |
| | | **12d** |

| **15** State | Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| NY | | 7500.00 | 0.00 | 7500.00 | 0.00 | NYC |

Form **W-2** **Wage and Tax Statement**          **2015**          38-2099803          Department of the Treasury -- Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

5  BW2BC     NTF 2579580     BW2EEBC     Copyright 2015 Greatland/Nelco – Forms Software Only