## Copy B — To Be Filed With Employee's FEDERAL Tax Return

**OMB No. 1545-0008 — Form W-2 Wage and Tax Statement — 2022**

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 6000.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 6000.00 |
| 4 | Social security tax withheld | 372.00 |
| 5 | Medicare wages and tips | 6000.00 |
| 6 | Medicare tax withheld | 87.00 |

**c Employer's name, address, and ZIP code**
JD INDIAN CUISINE INC.
23 MILLERS LANE
NEW HYDE PARK NY 11040

**e Employee's name, address, and ZIP code**
JOGINDER SINGH
80-55 LANGDALE STREET
NEW HYDE PARK NY 11040

14 Other: SDI 12.00

| 15 State | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| NY | 6000.00 | 102.40 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 6000.00 | 75.60 | NY City |

Dept. of the Treasury - IRS
DXA

---

## Copy 2 — to be Filed With Employee's State, City, or Local Income Tax Return

**OMB No. 1545-0008 — Form W-2 Wage and Tax Statement — 2022**

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 6000.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 6000.00 |
| 4 | Social security tax withheld | 372.00 |
| 5 | Medicare wages and tips | 6000.00 |
| 6 | Medicare tax withheld | 87.00 |

JD INDIAN CUISINE INC.
23 MILLERS LANE
NEW HYDE PARK NY 11040

JOGINDER SINGH
80-55 LANGDALE STREET
NEW HYDE PARK NY 11040

14 Other: SDI 12.00

NY   6000.00   102.40
18 Local wages 6000.00   19 Local income tax 75.60   20 Locality NY City

Dept. of the Treasury - IRS
DXA

---

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C — For EMPLOYEE'S RECORDS (See Notice on back.)

**OMB No. 1545-0008 — Form W-2 Wage and Tax Statement — 2022**

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 6000.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 6000.00 |
| 4 | Social security tax withheld | 372.00 |
| 5 | Medicare wages and tips | 6000.00 |
| 6 | Medicare tax withheld | 87.00 |

JD INDIAN CUISINE INC.
23 MILLERS LANE
NEW HYDE PARK NY 11040

JOGINDER SINGH
80-55 LANGDALE STREET
NEW HYDE PARK NY 11040

14 Other: SDI 12.00

NY   6000.00   102.40
18 Local 6000.00   19 Local income tax 75.60   20 NY City

Dept. of the Treasury - IRS
DXA

---

## Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return

**OMB No. 1545-0008 — Form W-2 Wage and Tax Statement — 2022**

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 6000.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 6000.00 |
| 4 | Social security tax withheld | 372.00 |
| 5 | Medicare wages and tips | 6000.00 |
| 6 | Medicare tax withheld | 87.00 |

JD INDIAN CUISINE INC.
23 MILLERS LANE
NEW HYDE PARK NY 11040

JOGINDER SINGH
80-55 LANGDALE STREET
NEW HYDE PARK NY 11040

14 Other: SDI 12.00

NY   6000.00   102.40
18 Local 6000.00   19 Local income tax 75.60   20 NY City

Dept. of the Treasury - IRS
DXA

## Form W-2 Wage and Tax Statement — 2022

OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | [redacted] |
| b | Employer ID number (EIN) | [redacted] |
| 1 | Wages, tips, other compensation | 15000.00 |
| 2 | Federal income tax withheld | 26.73 |
| 3 | Social security wages | 15000.00 |
| 4 | Social security tax withheld | 930.00 |
| 5 | Medicare wages and tips | 15000.00 |
| 6 | Medicare tax withheld | 217.50 |
| c | Employer's name, address, and ZIP code | DIWAN'S RESTAURANT, INC. 3747 74TH STREET JACKSON HEIGHTS NY 11372 |
| d | Control number | |
| e | Employee's name, address, and ZIP code | JOGINDER SINGH 80-55 LANGDALE ST NEW HYDE PARK NY 11040 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Other | SDI 29.40 |
| 15 | State/Employer's state ID number | NY [redacted] |
| 16 | State wages, tips, etc. | 15000.00 |
| 17 | State income tax | 266.68 |
| 18 | Local wages, tips, etc. | 15000.00 |
| 19 | Local income tax | 196.28 |
| 20 | Locality name | NY City |

Copy B — To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.
Dept. of the Treasury - IRS
DXA

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement — 2022 (Copy 2 - State)

Same values as above. Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return. Dept. of the Treasury - IRS. DXA

## Form W-2 Wage and Tax Statement — 2022 (Copy C)

Same values as above. Copy C — For EMPLOYEE'S RECORDS (See Notice on back.) Dept. of the Treasury - IRS. DXA

## Form W-2 Wage and Tax Statement — 2022 (Copy 2 - State)

Same values as above. Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return. Dept. of the Treasury - IRS. DXA