**From:** Mandeep Kaur <mandeep@mklawoffices.com>
**Date:** December 19, 2024 at 1:03:50 PM EST
**To:** Hardeep S <Hardeepsingh7111@gmail.com>
**Subject: Santoor**


See attached.


Very truly yours,
--
Mandeep Kaur, Esq.
Law Offices of Mandeep Kaur, P.C.
3548 East Tremont Avenue, Second Floor
Bronx, New York 10465
Phone (347) 691-3630
Fax (347) 691-3631
Email: mandeep@mklawoffices.com


WARNING FRAUDULENT FUNDING INSTRUCTIONS
Email hacking and wire fraud are on the rise to fraudulently misdirect funds.  Please call our office immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received.  We are not responsible for any wires sent by you to an incorrect bank account.



New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF DISCONTINUANCE
# OF ASSUMED NAME
# OF

INDIAN TAJ, INC.
*(Insert Real Name of Entity)*

Under Section 130 of the General Business Law

**FIRST:** The real name of the entity is: INDIAN TAJ, INC.

**SECOND:** *Foreign entities only.* If applicable, the fictitious name the entity agreed to use in New York State is: N/A

**THIRD:** If the real name of the entity is different on the last Certificate of Assumed Name or Certificate of Amendment of Certificate of Assumed Name, the previous name of the entity is: N/A

**FOURTH:** The present assumed name is: SANTOOR

**FIFTH:** The date the original Certificate of Assumed Name was filed is: 05/07/2014

**SIXTH:** The date, if applicable, the last Certificate of Amendment of Certificate of Assumed Name was filed is: N/A

**SEVENTH:** The date on which the discontinuance of assumed name occurred or the reason for the discontinuance of the use of the assumed name:

SALE OF BUSINESS
DBA IS NO LONGER NECESSARY

DOS-1625-f (Rev. 03/17)                                                                                                  Page 1 of 2

**INSTRUCTIONS FOR SIGNING:**
1. If a corporation, by an officer; if a limited partnership, by a general partner; if a limited liability company, by a member or manager; or by an authorized person or attorney-in- fact for such corporation, limited partnership or limited liability company.
2. If the certificate is signed by an attorney-in-fact, include the name and title of the person for whom the attorney-in-fact is acting. (Example, John Smith, attorney-in-fact for Robert Johnson, president.)

X KIRPAL SINGH                                    *Kirpall Singh* (Signature)
    (Name of Signer)

PRESIDENT
    (Title of Signer)

# CERTIFICATE OF DISCONTINUANCE OF ASSUMED NAME OF

INDIAN TAJ, INC.

*(Insert Real Name of Entity)*

Under Section 130 of the General Business Law

Filer's Name and Mailing Address:

MANDEEP KAUR
Name:

LAW OFFICES OF MANDEEP KAUR, P.C.
Company, if Applicable:

3548 EAST TREMONT AVENUE
Mailing Address:

BRONX, NEW YORK 10465
City, State and Zip Code:

**NOTES:**
1. This form was prepared by the New York State Department of State. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
2. The Department of State recommends that all documents be prepared under the guidance of an attorney.
3. The certificate must be submitted with a $25 fee.

For Office Use Only

DOS-1625-f (Rev. 03/17)                                                                                                   Page 2 of 2





**CASHIER'S CHECK**

282111107 NEW 01/08 8810004306

1731518836    25-3 / 440

**CHASE**

Date: 09/08/2020   Void after 7 years

Remitter: CENTAUR INDIA INC.

Pay To The Order Of: MANDEEP KAUR, AS ATTORNEY

Pay: EIGHTY THOUSAND DOLLARS AND 00 CENTS

$** 80,000.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

Do not write outside this box

## Consent of Members

We, Kirpall Singh and Harminder Singh, are the sole members of Indian Taj, Inc., with its principal place of business at 257-03 Union Turnpike, Glen Oaks, New York 11004 (the "Corporation"), do hereby certify as follows:

1. The Certificate of Incorporation attached hereto is a true and correct copy of the originals and has not been amended except as attached. The Corporation is acting in compliance with its By-Laws as in effect on the date hereof.

2. The resolutions duly adopted by the Board of Directors of the Corporation attached hereto the "Resolution"), have not been amended or rescinded but remain in full force and effect on the date hereof.

3. The sale of the Business (DBA Santoor) located at 257-03 / 05 Union Turnpike, Glen Oaks, New York 11004, and accompanying transfer documents executed and delivered on behalf of the Corporation are authorized by the Resolution; and Mandeep Kaur, is authorized to act on behalf of the Corporation.

4. The Certificate of Incorporation does not require the Corporation to obtain consent of the shareholders to enter into the transactions for real property.

5. The Corporation does not own, directly or indirectly, hold any stock or have any interest in any other corporation, partnership or entity except as stated herein.

6. The Corporation validly exists as corporation in good standing under the laws of the State of New York and no event has occurred or is pending or threatened which would adversely affect such good standing as evidenced by the Certificate of Good Standing annexed hereto as Exhibit C.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed the seal of the Corporation this _____.

_____
Kirpall Singh

Sworn to before me
this __2__ day of __September__, 2020

_____
Notary Public
SANTINA DURAN
Notary Public, State of New York
Reg. No. 01DU6375129
Qualified in Bronx County
Commission Expires 05/14/2022

_____
Harminder Singh

Sworn to before me
this __4__ day of __September__, 2020

_____
Notary Public

RAJA SINGH
Notary Public - State of New York
No. 02SI6364182
Qualified in Nassau County
My Comm. Expires Sep. 5, 2021



Department of Taxation and Finance
New York State and Local Sales and Use Tax

**AU-196.10**
(3/1)

# Notification of Sale, Transfer, or Assignment in Bulk

The following information should be submitted by registered mail at least 10 days before taking possession of or paying for the business or property, whichever comes first. Complete this form in duplicate. Retain a copy for your records. See instructions for where to mail.

Read instructions on page 2 before making entries below.

### Section 1 – Mailing address of purchaser, seller, and escrow agent (if any)*

| Purchaser or representative's name | Seller or representative's name | Escrow agent |
|---|---|---|
| Centaur India Inc | Indian Taj Inc | MANDEEP KAUR |
| **Number and street** | **Number and street** | **Number and street** |
| 257-05 Union Tpke | 257-05 Union Tpke | 3548 EAST TREMONT AVENUE |
| **City, state, ZIP code** | **City, state, ZIP code** | **City, state, ZIP code** |
| Glen Oaks, NY 11004 | Glen Oaks, NY 11004 | BRONX, NY 10465 |
| **Telephone number with area code** | **Telephone number with area code** | **Telephone number with area code** |
| (516) 972 1287 | (516) 603-0023 | (347) 691-3630 |

### Section 2 – Vendor identification*

| Purchaser's Certificate of Authority identification number | Seller's Certificate of Authority identification number | Last day of business |
|---|---|---|
|  | 113346286 | 03/31/2020 9/7/20 |
| **Purchaser's name** | **Seller's name** | |
| Centaur India Inc | INDIAN TAJ, INC. | |
| **Business or trade name** | **Business or trade name** | |
| Santoor Indian Restaurant | Santoor Indian Restaurant | |
| **Business location** (number and street) | **Business location** (number and street) | |
| 257-05 Union Tpke | 257-05 Union Tpke | |
| **City, state, ZIP code** | **City, state, ZIP code** | |
| Glen Oaks, NY 11004 | Glen Oaks, NY 11004 | |

### Section 3 – Details of sale*

| a) Scheduled date of sale | b) Location of property when transferred | f) Sales prices of assets sold: | |
|---|---|---|---|
| 09/02/2020 | Glen Oaks | | |
| c) Type of business or property sold | d) Amount of escrow fund | 1. Tangible personal property (furniture, fixtures, etc.) | 20000 |
| Restaurant | $5,000.00 | | |
| e) Name of bank in which escrow fund is deposited | | 2. Motor vehicles | |
| TD BANK, NA | | 3. Merchandise inventory for resale | |
| Address (number and street) | | 4. Manufacturing equipment, tools and supplies | |
| 3755 EAST TREMONT AVENUE | | | |
| City, state, ZIP code | | 5. Real estate | |
| BRONX, NY 10465 | | | |
| Account identification (name and number) | Bank telephone number | 6. Intangible property (goodwill, etc.) | 130000 |
| 4256564802 | (718) 319-1037 | Total sales price | 150000 |

g) Terms and conditions of sale (attach copy of Contract of Sale):

*Notification in writing is required of any change in the information reported above.

New York State Sales and Use Tax Law, Article 28, section 1141(c), provides in part as follows:

Whenever a person required to collect tax shall make a sale, transfer, or assignment in bulk of any part or the whole of his business assets, otherwise than in the ordinary course of business, the purchaser, transferee or assignee shall at least ten days before taking possession of the subject of said sale, transfer or assignment, or paying therefore, notify the (Commissioner of Taxation and Finance) by registered mail of the proposed sale and of the price, terms and conditions thereof whether or not the seller, transferor or assignor, has represented to, or informed the purchaser, transferee or assignee that he owes any tax pursuant to this article, and whether or not the purchaser, transferee, or assignee has knowledge that such taxes are owing, and whether any such taxes are in fact owing.

Certification: I, KOLADY JOSE _____ the purchaser/seller named above, or other authorized representative of such purchaser/seller, do hereby certify that the above statements are true, complete and correct, and that no material information has been omitted. I make these statements with the knowledge that willfully issuing a false or fraudulent document with the intent to evade tax may constitute a felony under New York State Law, punishable by a substantial fine and a possible jail sentence. I also understand that the Tax Department is authorized to investigate the validity and the accuracy of any information entered on this document.

| Date | Signature | Title (if other than purchaser, please identify) |
|---|---|---|
| 8/26/20 | | PRESIDENT |

W

# BILL OF SALE BUSINESS
## UNIFORM COMMERCIAL CODE BULK TRANSFER

*Know all Men by these Presents,*

That KIRPALL SINGH and HARMINDER SINGH as owner of all shares of INDIAN TAJ, INC., with an address of 257-03 Union Turnpike, Glen Oaks, New York 11004, herein referred to as the Transferor, for and in consideration of the sum of ONE HUNDRED FIFTY THOUSAND ($150,000.00) DOLLARS, paid to the Transferor, at or before the unsealing and delivery of these presents by CENTAUR INDIA INC., whose address is 257-03 Union Turnpike, Glen Oaks, New York 11004, herein referred to as the Transferee, and for other good and valuable consideration, the receipt whereof is hereby acknowledged, sells, transfers, sets over and assigns to the said Transferee, the following described business: Restaurant known as Santoor Inc. located at 257-03 Union Turnpike, Glen Oaks, New York 11004, including, fixtures, equipment, good will, rights under any contract for telephone service or other rental, maintenance or use of equipment, machinery and fixtures at the said premises, more particularly described in the Schedule herein.

TO HAVE AND TO HOLD the same unto the Transferee forever,

AND the Transferor covenants and agrees, to and with the Transferee, to warrant and defend the sale of said business and business assets hereby sold unto the Transferee against all and every person and persons whomsoever.

AND the Transferor further covenants and agrees, to and with the Transferee, not to re-establish, re-open, be engaged in, nor in any manner whatsoever become interested, directly or indirectly, either as employee, as owner, as partner, as agent or as stockholder, director or officer of a corporation, or otherwise, in any business, trade or occupation similar to the one hereby sold, a three (3) mile radius of said restaurant for a term of three (3) years from the date of these presents.

The warranties and covenants contained in the Asset Purchase and Sale Agreement heretofore entered into between the Transferor and Transferee dated the 13th day of July, 2020, shall survive this Bill of Sale and become a part hereof and shall continue in full force and effect as though herein set forth fully and at length.

The terms, covenants and agreements herein contained shall bind and inure to the benefit of the respective parties hereto, and their respective legal representatives, successors and assigns.

The gender and number used in this instrument are used as a reference term only and shall apply with the same effect whether the parties are of the masculine or feminine gender, corporate or other form, and the singular shall likewise include the plural.

IN WITNESS WHEREOF, the Transferor has signed and sealed these presents the 8th day of September, 2020.

INDIAN TAJ, INC.

By: MANDEEP KAUR
AUTHORIZED SIGNATORY

By:

STATE OF NEW YORK )
COUNTY OF NASSAU) ss:

On the 8TH day of September in the year 2020, before me, the undersigned, a notary public in and for the State of New York, personally _Mondeep Kaur_ appeared known to me who, being by me duly sworn did depose and say that he/she is the President of MENDICINP Inc., the corporation described in and which executed the above instrument; that she knows the seal of said corporation; that the seal affixed to said instrument is such a corporate seal, that it was so affixed by the order of the Board of Director of said corporation, and that she signed her name thereto by like order.

_____
Notary Public

[Notary seal: PREMTHAJ CARLOS, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Nassau County, 01CA6236720, COMMISSION EXPIRES 02/10/2022]

STATE OF NEW YORK )
COUNTY OF NASSAU) ss:

On the 8TH day of September in the year 2020, before me, the undersigned, a notary public in and for the State of New York, personally _____ appeared known to me who, being by me duly sworn did depose and say that he/she is the President of MENDICINP Inc., the corporation described in and which executed the above instrument; that she knows the seal of said corporation; that the seal affixed to said instrument is such a corporate seal, that it was so affixed by the order of the Board of Director of said corporation, and that she signed her name thereto by like order.

_____
Notary Public