# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

February 10, 2025

Supreme Court of the County of Westchester
111 Dr. Martin Luther King Jr. Blvd.
White Plains, New York 10601
Hon. Christie L. D'Alessio, J.S.C.

Re: Madison Housing Development Fund Company, Inc. and Madison House Apartments, LLC
v. Community Housing Management Corp., et al.
Index No.: 77341/2024

Dear Judge D'Alessio:

I represent the defendants in this action. I am writing to request an adjournment of the preliminary conference in the above-referenced matter scheduled for February 11, 2025 at 9:30 am. The preliminary conference order agreed to by the parties was uploaded to NYSECF on February 6, 2025. My understanding was that the preliminary conference order would be so-ordered. However, I have just learned that the conference is going forward in person. Unfortunately, I have another court appearance scheduled in Queens County tomorrow at around the same time. A short adjournment of one week is requested. Plaintiff's counsel has consented to the request of one week. This is my second request for an adjournment, and I do not anticipate any further requests from my office.

I appreciate the Court's attention to this matter.

                                          Respectfully submitted,

                                          *Bhavleen Sabharwal*

                                        Bhavleen Sabharwal
                                        Attorney for Defendants
                                        Law Office of Bhavleen Sabharwal, P.C.
                                        261 Madison Avenue, Suite 1063
                                        New York, NY 10016
                                        Tel: (917) 597-5984
                                        Email: Bsabharwal@bsablaw.com

Via NYSCEF:

TO: Courtney Fain
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
cf@pwlawyers.com
Attorney for Plaintiffs

Noah H. Bunzl
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
nhb@pwlawyers.com
Attorney for Plaintiffs