# Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

February 14, 2025

**VIA ECF:**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant, et al.
      Case No. 20-cv-5855(DG)(RML)

Your Honor:

I represent Defendant Harminder Singh in the above-referenced matter. Document 38 was inadvertently filed to the docket. It is respectfully requested that the document be removed from the docket so that the correct document can be filed.

        Respectfully submitted,

        Law Office of Bhavleen Sabharwal
        Attorney for Defendant Harminder Singh
        261 Madison Avenue, Suite 1063
        New York, New York 10016
        (917) 597-5984

        By: *Bhavleen Sabharwal*
        Bhavleen Sabharwal

cc: All Counsel of Record (via ECF)