# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

---

February 14, 2025

**VIA ECF:**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant, et al.
         Case No. 20-cv-5855(DG)(RML)

Your Honor:

I represent Defendant Harminder Singh in the above-referenced matter. Pursuant to Your Honor's Individual Rules, I respectfully request an adjournment of the February 14, 2025, deadline to serve Defendant's motions regarding the failure to update the liquor license issue and a motion to dismiss for lack of jurisdiction, as directed during the January 15, 2025, pre-motion conference. The new date requested is February 17, 2025.

The reason for the request is due to difficulty obtaining documents due to the age of the lawsuit from Harminder Singh's prior counsel, which caused a delay. This is the first request for an adjournment of this deadline. I have conferred with opposing counsel, who consents to this request. The requested adjournment will not affect any other scheduled dates in this matter.

Thank you for your consideration of this matter.

Respectfully submitted,

Law Office of Bhavleen Sabharwal
Attorney for Defendant Harminder Singh
261 Madison Avenue, Suite 1063
New York, New York 10016
(917) 597-5984

By: *Bhavleen Sabharwal*
Bhavleen Sabharwal

cc: All Counsel of Record (via ECF)