UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTEBAN MARQUEZ,

            Plaintiff,

-against-

INDIAN TAJ, INC. d/b/a SANTOOR INDIAN
RESTAURANT, BALVINDER SINGH,
HARMINDER SIGNH, JOGINDER SINGH,
KIRPAL SINGH and MEHANGA SINGH,

            Defendants.
-----------------------------------------------------------X

Case No. 20-CV-5855

**AFFIDAVIT OF MANDEEP KAUR**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF BRONX    )

      I, Mandeep Kaur, having been duly sworn, depose and swear that the following statements are true:

      1.    I am an attorney admitted to practice law before the Courts of the State of New York.

      2.    In or about September 2020, I represented the owners of Indian Taj, Inc. in connection with the sale of a restaurant known as Santoor.

      3.    I have attached certain documents from my file showing that the seller was Indian Taj, Inc. and that the owners of that company were Kirpal Singh and Harminder Singh.

      4.    The documents are consistent with my recollection that when the restaurant was sold in September 2020 the owners were Kirpall Singh and Harminder Singh.

      5.    To the best of my knowledge and recollection Joginder Singh was not at the closing in September 2020 nor was he an owner of the restaurant at that time.

1

_____
MANDEEP KAUR, ESQ.

Sworn to before me this 9 day
of January, 2025.

_____
NOTARY PUBLIC

TOM Y NG
Notary Public, State of New York
Reg. No. 01NG6371923
Qualified in Queens County
Commission Expires 03/12/2022 2026