UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ESTEBAN MARQUEZ,

        Plaintiff,

-against-

INDIAN TAJ, INC. d/b/a SANTOOR INDIAN
RESTAURANT, BALVINDER SINGH,
HARMINDER SIGNH, JOGINDER SINGH,
KIRPAL SINGH and MEHANGA SINGH,

        Defendants.
----------------------------------------------------------X

Case No. 20-CV-5855

**AFFIDAVIT OF JAGDEV SINGH IN SUPPORT OF MOTION TO VACATE DEFAULT AND DISMISS COMPLAINT**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF _____  )

    I, Jagdev Singh, having been duly sworn, depose and swear that the following statements are true:

    1.    I was personally involved with the events described herein and, therefore, make these statements based upon my own personal knowledge.

    2.    My father-in-law is Mengha Singh. Mengha was formerly the owner of a twenty five percent (25%) interest in Santoor Indian Restaurant. In or about May 2014 Mengha asked me to attend a closing where he sold his 25% interest to Kirpal Singh because he was not personally available. We had an attorney prepare a power of attorney and I recall appearing for the closing sometime in May 2014. Joginder Singh was also at the closing.

    3.    It is my recollection that Mengha and Joginder sold their respective 25% interests in Santoor Indian Restaurant to Kirpal Singh that day. I do recall we executed certain documents in connection with the sale and received the sale proceeds.

4. Joginder has asked me whether I kept any of the documents from the closing. I have not located any documents and there was no reason for me to have kept any of the documents since the closing was over ten years ago.

_____
JAGDEV SINGH

Sworn to before me this 21 day
of November, 2024

_____
NOTARY PUBLIC

Dennis Buccello
New York State Notary Public
Reg. #01BU4866237
Qualified in Suffolk County
Term Expires Aug. 4, 2026

2