UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
Esteban Marquez,
Plaintiff,

-against-

Indian Taj, Inc. d/b/a Santoor Indian Restaurant,
Balvinder Singh, Harminder Singh, Joginder Singh,
Kirpal Singh and Mehanga Singh

Defendants.

--------------------------------------------------X

Case No. 20-CV-5855

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed affidavit of Harminder Singh, sworn to on February 14, 2025, the affirmation of Bhavleen Sabharwal dated February 17, 2025, all of the exhibits annexed thereto, and upon the affidavit of Harminder Singh submitted herewith, defendant Harminder Singh now moves this Court, before the Hon. Robert M. Levy, U.S.M.J.: (1) to vacate the default judgment against him pursuant to FRCP Rule 60(b)(4), FRCP Rules 12(b)(2), 12(b)(4) and/or 12(b)(5) because the judgment is void due to improper service and this Court therefore never obtained personal jurisdiction over Mr. Singh; and (2) upon vacating the default against Mr. Singh dismissing all claims against him pursuant to FRCP Rule 12(b)(6) because the claims against Mr. Singh are time barred and/or pursuant to FRCP Rules 12(b)(2), 12(b)(4) and/or 12(b)(5) because service was improper and insufficient and this Court therefore lacks personal jurisdiction over Mr. Singh; and (3) if the Court does not grant the FRCP Rule 12(b) motion to dismiss then, upon vacating the default, permitting the defendant to file an answer and defend the claims against him within twenty (20) days of an order vacating the default.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the January 15, 2025 order of the Hon. Robert M. Levy, opposition papers, if any, are to be served on or before February 28, 2025 and movant's reply papers, if any, are due on or before March 7, 2025.

1

Dated: February 17, 2025

                    Respectfully submitted,

                    *Bhavleen Sabharwal*
                    LAW OFFICE OF BHAVLEEN SABHARWAL
                    Bhavleen Sabharwal
                    Attorney for Harminder Singh
                    261 Madison Avenue, Suite 1063
                    New York, NY 10016
                    (917) 597-5984