```
N. Y. S.  DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                      ALBANY, NY  12231-0001
                         FILING   RECEIPT
================================================================================
ENTITY NAME : INDIAN TAJ, INC.

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE
================================================================================
      FILER:                              FILED:  05/08/2014
      ------                              CASH#:  325268
                                          FILM#:  20140508031
      ACCUMERA LLC
      911 CENTRAL AVENUE, #101

      ALBANY NY   12206



      PRINCIPAL LOCATION
      ------------------

      257-03 UNION TURNPIKE

      GLEN OAKS
      NY      11004




      COMMENT:




      ASSUMED NAME
      ------------
      SANTOOR





================================================================================
SERVICE COMPANY   : ACCUMERA LLC                              CODE:  HW
                                                              BOX :   0


FEES        160.00                        PAYMENTS:  160.00
----                                      --------
FILING  :    25.00                        CASH     :
COUNTY  :   100.00                        CHECK    :
COPIES  :    10.00                        C CARD   :  160.00
MISC    :      .00
HANDLE  :    25.00
                                          REFUND   :
                                          ------
================================================================================
                         DO3HD108                     DOS-281 (04/2007)
```

# Merchant ACCUMERA LLC

136 Washington Ave
Albany, NY 12210
US

(518) 937-9117

## Order Information

| | | | |
|---|---|---|---|
| Description: | INDIAN TAJ, INC. | | |
| Order Number: | | P.O. Number: | |
| Customer ID: | Arora | Invoice Number: | 14467 |

## Billing Information

Jugraj Kaur

USA
Phone: 7187393094
info@cpaarora.com

## Shipping Information

Vidia Ramnanan
172-48 Grand Central Pkwy
Jamaica, NY 11432
USA

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **USD 322.89** |

Visa XXXX7864

| | |
|---|---|
| Date/Time: | 07-May-2014 11:17:23 PDT |
| Transaction ID: | 6156920701 |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 017702 |
| Payment Method: | Visa XXXX7864 |

20140508031

## Certificate of Assumed Name
## Of
## INDIAN TAJ, INC.

*(Pursuant to Section 130 of the General Business Law)*

1. The name of the entity is: **INDIAN TAJ, INC.**

2. Formed or authorized under the following New York Law:
   **X** Business Corporation Law         ___Limited Liability Company Law
   ___Education Law                        ___Not-For-Profit Corporation Law
   ___Insurance Law                        ___Revised Limited Partnership Act

3. The entity will be doing business under the following assumed name:

   **Santoor**

4. The principal place of business in New York State: *(If none, the out-of-state address)*

   **257-03 Union Turnpike, Glen Oaks, NY 11004**

5. The County or Counties in which business will be conducted under the assumed name:

   **Queens**

6. The address of each location where business will be carried on or transacted under the assumed name:

   **257-03 Union Turnpike, Glen Oaks, NY 11004**

Dated: **May 7, 2014**

*s/ Kirpal Singh*
Kirpal Singh
President

**Service Company: HW**

Certificate of Assumed Name
Of

**INDIAN TAJ, INC.**

*(Pursuant to Section 130 of the General Business Law)*

Filer:

Accumera LLC
911 Central Avenue, #101
Albany, NY 12206

Customer Reference # 14467

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED MAY 08 2014
 325368
BY:

**Service Company: HW**

2

## CORPORATE RESOLUTION

RE. INDIAN TAJ IN

RESOLVED that the members of the Corporation will allow the Kirpall Singh, as the majority shareholder to make all decisions on behalf of the Corporation.

_____
**HARMINDER SINGH**

_____
**KIRPALL SINGH**