

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 28, 2025

**VIA ECF**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant, et al.*
      Case No. 20-cv-5855(DG)(RML)

Dear Judge Levy:

      I represent the Plaintiff in the above referenced matter. With the consent of counsel for the moving defendants I respectfully request until Tuesday, March 2, 2025 to file the opposition to the motion(s) to dismiss which was originally due today.

      Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:   All counsel of record via ECF