

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 4, 2025

**VIA ECF**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant, et al.*
       Case No. 20-cv-5855(DG)(RML)

Dear Judge Levy:

      I represent the Plaintiff in the above referenced matter. With the consent of counsel for the moving defendants I respectfully request a further extension until Monday, March 10, 2025 to file the opposition to the motions to dismiss. Counsel for defendants have indicated that they would like until Friday, March 14, 2025 to submit their replies.

                                                                Respectfully submitted,

                                                                *Steven J. Moser*

                                                                 Steven J. Moser

CC:   All counsel of record via ECF