



**KATHY HOCHUL**
Governor

**LILY M. FAN**
Chair

January 27, 2025

**BY EMAIL**

Steven John Moser Esq.
Moser Laws Firm, PC
133 New York Avenue
Huntington, New York 11743
Steven.moser@moserlawfirm.com

Re: <u>Marquez v. Indian Taj, Inc. et al., Index No. 20-cv-5855</u>

Mr. Moser,

    Pursuant to the attached subpoena served by your office on the New York State Liquor Authority in the above-captioned matter on January 16, 2025, please find the attached responsive materials. Pursuant to Federal Rule 5.2 the Authority makes it a practice to redact certain confidential information such as social security numbers and bank account numbers. As such this information has been redacted from the responsive materials.

    Best wishes,

    Tracy L. Hennige

Cc:   Vincent Pallaci
      3920 Veterans Memorial Highway, Suite 7
      Bohemia, NY 11716
      vtp@kushnicklaw.com

RE: ATTACHED SUBPOENA FOR RECORDS INDIAN TAJ, INC. D/B/A SANTOOR INDIAN RESTURANT UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT CASE NO. 20-cv-5855 Returnable 1/31/2025

## **RECORDS CERTIFICATION**

I Tracy L. Hennige declare under penalty of perjury, pursuant to 28 U. S. C. § 1746, that the following is true and correct:

I am an attorney admitted to practice law in New York State. I am employed by the New York State Liquor Authority (the Authority) and in such capacity serve as one of the custodians of records. To the best of my knowledge, after reasonable inquiry, the records, or copies thereof, produced herein in response to the attached subpoena, consisting of 495 pages, are accurate versions of the documents in the possession of the Authority which are sought by the attached subpoena.

The records or copies produced were made and kept in the normal course of the Authority's business at the time of the act, transaction, or occurrence or event recorded therein.

Dated:   Albany, NY
         January 27, 2025

SHANNON KEARNEY-SARFOH
General Counsel to the New York State Liquor Authority
Counsel for the Respondent
By:

_____
Tracy L. Hennige
New York State Liquor Authority