○ Original   ○ Amended   Date _____

# PERSONAL QUESTIONNAIRE

a. All **principals** to the license application must complete this questionnaire in full.
   (Lendors, donors, guarantors and managers must also complete this questionnaire.)
b. If you are a **lender, donor or guarantor** you must state your relationship to the applicant.
c. Make duplicate blank forms as necessary.
d. Answer all questions below.
e. Attach additional sheets if more space is needed.

**NAME OF APPLICANT**: INDIAN TAJ INC.

## 1. STATEMENT OF IDENTIFICATION

- Print **YOUR** name: KIRPAL SINGH
- Date of birth: 02/26/1945
- Social Security Number: [REDACTED]
- Residence street address: 81-11 169TH STREET
- County: QUEENS
- City: HILLCREST
- State: NY
- Zip Code: 11432
- Residence Telephone: 917-660-8000
- Cellular Phone: 917-660-8000
- E-mail Address: 
- U.S. Citizen: ● YES  ○ NO
- If NOT U.S. citizen - country of citizenship: 
- If ALIEN, registration number or VISA type: 
- List any other names that you may have been known by (including maiden name): 

- HEIGHT: 5'6
- WEIGHT: 150 LBS
- SEX: ● MALE ○ FEMALE
- HAIR COLOR: BLACK
- EYE COLOR: BLACK
- MARITAL STATUS: MARRIED
- SPOUSE NAME: JUGRAJ KAUR
- SPOUSE'S SOCIAL SECURITY #: [REDACTED]

## 2. Position (or interest) you will hold (check each):

- ○ President
- ○ Vice President
- ○ Secretary
- ● Treasurer
- ○ Chairman
- ● Officer
- ○ ABC Officer
- ● Director
- ● Stockholder
- ○ Partner
- ○ General Partner
- ○ Limited Partner
- ○ Sole Proprietor
- ○ Other
- ○ Manager
- ○ Lender*
- ○ Donor*
- ○ Guarantor*
- ○ LLC Manager
- ○ LLC Member

NYS...
JUN 1 4 2013
Albany, NY
Licensing...

*If Lendor, Donor or Guarantor state your relationship to the applicant.

continued on next page

Page 1    Print Form

OFFICE USE ONLY
○ Original   ○ Amended   Date _____

Print **YOUR** Name: KIRPAL SINGH

## 3. Residences for the past TEN years.

| Address | From (month/year) | To (month/year) |
|---|---|---|
| 81-11 169TH STREET, HILLCREST, NY 11432 | 12/1996 | PRESENT |
| | | |
| | | |
| | | |
| | | |

## 4. Your occupation for the past TEN years

| From/To (month/year) | Employer | Employer Address |
|---|---|---|
| 2003 - PRESENT | INDIAN TAJ | 257-05 UNION TPKE, GLEN OAKS, NY 11004 |

| Type of business | Position |
|---|---|
| RESTAURANT | OWNER |

| From/To (month/year) | Employer | Employer Address |
|---|---|---|
| | | |

| Type of business | Position |
|---|---|
| | |

| From/To (month/year) | Employer | Employer Address |
|---|---|---|
| | | |

| Type of business | Position |
|---|---|
| | |

## 5. LICENSE HISTORY / AFFILIATIONS

(a) If you are an applicant (i.e. proprietor, partner, stockholder, officer or director) or applicant's spouse, will you continue your present occupation or business?  ● YES  ○ NO

List hours you will devote to business sought to be licensed:

20 TO 30 HOURS

continued on next page

Page 2

PQ-rev030912    24    ○ Original    ○ Amended    OFFICE USE ONLY Date _____    14

Print **YOUR** Name: KIRPAL SINGH

(b) Will you take an active part in the operation of the business to be licensed?  ● YES  ○ NO

If YES, explain nature of activity (hours, days, responsibilities):

MANAGE, SUPERVISE AND OVERALL MANAGE THE RESTAURANT IN THE EVENING HOURS FROM 5:00PM TO 10:00PM

(c) Do you have any interest, direct or indirect, in any premises currently licensed by the Liquor Authority or business where any alcoholic beverage is manufactured, transported or sold at wholesale or retail whether by stock ownership, interlocking directors, mortgage or lien on, or ownership of any real or personal property, or by other means including loans?  ○ YES  ● NO

If YES, provide information below:

| Business name | Business address |
|---|---|
|  |  |

| Type of interest and date interest began | Serial Number |
|---|---|
|  |  |

| Business name | Business address |
|---|---|
|  |  |

| Type of interest and date interest began | Serial Number |
|---|---|
|  |  |

| Business name | Business address |
|---|---|
|  |  |

| Type of interest and date interest began | Serial Number |
|---|---|
|  |  |

(d) Other than as itemized in the above, have you ever applied in New York State or anywhere for a license or permit to traffic in alcoholic beverages, including any application as a partnership or corporation in which you are/were a principal?  ○ YES  ● NO

If YES, provide information below:

| Name of applicant | Address of premises | Date of filing |
|---|---|---|
|  |  |  |

| Serial Number | Disposition |
|---|---|
|  |  |

| Name of applicant | Address of premises | Date of filing |
|---|---|---|
|  |  |  |

| Serial Number | Disposition |
|---|---|
|  |  |

PQ-rev030912

OFFICE USE ONLY
○ Original  ○ Amended  Date _____

24  14

Print **YOUR** Name: KIRPAL SINGH

| Name of applicant | Address of premises | Date of filing |
|---|---|---|
|  |  |  |

| Serial Number | Disposition |
|---|---|
|  |  |

| Name of applicant | Address of premises | Date of filing |
|---|---|---|
|  |  |  |

| Serial Number | Disposition |
|---|---|
|  |  |

(e) Has a license or permit listed above been REVOKED, CANCELED or otherwise **Involuntarily Terminated**?   ○ YES   ● NO

If YES, state action and date of action, and give details:

(f) Are you a police commissioner or law enforcement/police officer?   ○ YES   ● NO

If YES, provide details

Page 4   [Print Form]

PQ-rev030912

OFFICE USE ONLY
○ Original   ○ Amended   Date _____

14

Print **YOUR** Name: KIRPALL SINGH

## 6. CONVICTION RECORD AND PENDING CRIMINAL CASES

(a) Have you or your spouse ever been convicted of a crime addressed by the provisions of Section 126 of the ABC Law (see instructions for statutory disqualification) which would forbid a person to traffic in alcoholic beverages?

| YOU | SPOUSE |
|---|---|
| ○ YES | ○ YES |
| ● NO | ● NO |

**If YES, supply details**

(b) Have you or your spouse ever been CONVICTED (including pleas of guilty or suspended sentences) of any felony, misdemeanor or driving while intoxicated or impaired?

*If YES, attach a Certificate of Disposition by the court clerk for each case. If convicted of a felony, submit a Certificate of Relief from Disabilities, if available. Submit an Affidavit explaining all details.*

| YOU | SPOUSE |
|---|---|
| ○ YES | ○ YES |
| ● NO | ● NO |

(c) If you have previously been approved for a license and had been convicted of any felony misdemeanor or other type of offense except minor traffic infractions were all convictions reported to the Authority?   ○ YES  ● NO

*If YES, attach a Certificate of Disposition by the court clerk for each case. If convicted of a felony, submit a Certificate of Relief from Disabilities, if available. Submit an Affidavit explaining all details.*

(d) Are there any **ARRESTS, INDICTMENTS or SUMMONSES** PENDING against you or your spouse - including driving while intoxicated or impaired?

*IF YES, PROVIDE COPY OF ACCUSATORY INSTRUMENT.*

| YOU | SPOUSE |
|---|---|
| ○ YES | ○ YES |
| ● NO | ● NO |

## 7. Do you have any relationship (employment, family, business or otherwise) with the current/previous licensee?

○ YES  ● NO

If YES, please provide a detailed explanation of the nature and the extent of the relationship.

Signature: _Kirpaul Singh_    Date: 5/29/13

JUN 1 4 2013

Page 5    Print Form

| OFFICE USE ONLY | 480 |
|---|---|
| ○ Original  ○ Amended  Date | _____ |

# APPLICANT'S STATEMENT

I, [print name] __KIRPALL SINGH__

( the  ○ sole proprietor ,  ○ partner ,  ⊘ corporate principal  or  ○ LLC/LLP member )
understand that the State Liquor Authority will rely on each and every answer in the application and accompanying documents in reaching its determination and state, under penalty of perjury, that all statements and representations therein are true to the best of my knowledge and belief; and

    I state that the location and description of the premises to be licensed does not violate any requirement of the ABC law or other state or local ordinances; and

    I understand that if any change occurs in the information provided to the Authority in the application, the licensee must notify the Authority by certified mail within 48 hours and if any change occurs after receipt of the license, the licensee must notify the Authority by certified mail within 10 days. I understand that failure to give such notice may result in disapproval of the application or revocation or non-renewal of any license for which this application is submitted; and

    I understand that the licensee will be bound by the statements and representations made in the application, including, but not limited to the licensee's method of operation and the identity of persons with an ownership or financial interest in the licensed premises; and that all statements and representations made become conditions of the license; and

    I understand that any physical alterations to, or changes to the size of the area used for the sale and consumption of alcoholic beverages, must be reported to the Authority and may require the approval of the Authority; and

    I understand that the licensee must keep the Authority advised of any change in the mailing addresses of the licensee, the licensee's principals, and the licensee's landlord.

    I understand that the licensee's failure to operate the licensed premises in accordance with the statements and representations made in the application may result in revocation of any license for which the application was submitted; and

    I understand that any false statement or misrepresentation will constitute cause for disapproval of the application or revocation or non-renewal of any license for which this application is submitted.

_[signature]_                       5/29/13
Signature                                                                               Date

[Print Form]