INDIAN TAJ INC
SANTOOR INDIAN RESTAURANT
257 05 UNION TPKE
GLEN OAKS, NY 11004
Serial #: 1039547

Date: 09/06/2013
Corp. Change #:

## NOTICE OF APPROVAL OF CORPORATE CHANGE

The following changes requested in your application for Corporate Change have been **APPROVED**.

| NAME | OFFICE | SHARES |
|---|---|---|
| **Harminder Singh** | President | 50 |
| **Joginder Singh** | Vice President | 50 |
| **Mehanga Singh** | Secretary | 50 |
| **Kirpal Singh** | Treasurer | 50 |

"No further transfer or re-transfer of the stock may be made to any person, including the seller,.. nor can any change of officers or directors be effectuated without first complying with Section 99-d, Subdivision 2, of the Alcoholic Beverage Control Law and first obtaining the approval of the State Liquor Authority to such further transfer or re-transfer."

If the said corporate change, as approved herein, is not consummated, the Authority must be notified within ten days from the date of this notice by registered letter addressed to the State Liquor Authority, Licensing Section, at the zone office indicated above.

STATE LIQUOR AUTHORITY

Nehal Trivedi

Kerri J. O'Brien, Deputy Commissioner