**RETAIL-RENEWAL**

ALL SECTIONS MUST BE COMPLETED IN ORDER TO APPROVE YOUR RENEWAL

## 1. Licensed Premises Information

Is your licensed premises closed? ◯ YES ⊘ NO

If yes, is your license in safekeeping with the Authority? ◯ YES ⊘ NO

If yes, do you wish for your license to remain in Safekeeping at Renewal? ◯ YES ⊘ NO

If yes to any of the above, submit a statement giving the reason that the license is in Safekeeping and the date that is planned for the premises to re-open. *Please be aware that licenses cannot remain in Safekeeping for an indefinite period of time.*

| Licensed Premises Name: | INDIAN TAJ INC | License Serial #: | 1039547 |
|---|---|---|---|

Trade Name (if applicable): SANTOOR INDIAN REST.

Federal Employer Identification Number: [REDACTED]

### 1a. Method of Operation: The following questions must be answered by all On-Premises license holders, including beer, beer & wine, or beer, wine & liquor

Section 109 of the ABC Law requires a statement to be submitted indicating the type of establishment operated at the premises.

If you hold an **on-premises** license, please select the method of operation from the following list:

⊘ Restaurant  ◯ Catering Establishment  ◯ Club (i.e., Fraternal Org)  ◯ Hotel  ◯ Bed & Breakfast  ◯ Ball Park/Stadium/Arena

◯ Bar/Tavern  ◯ Sports Bar  ◯ Cabaret  ◯ Night Club/Dance Club  ◯ Adult Entertainment  ◯ Country Club/ Golf Course

If dancing is permitted at the premises, who is be permitted to dance?  ◯ Patrons  ◯ Employees for entertainment  ◯ Both

If dancing is permitted, is there exotic dancing including, but not limited to, pole dancing and/or lap dancing?  ◯ YES  ⊘ NO

Is there topless entertainment at the premises?  ◯ YES  ⊘ NO

Please list any condition(s) or stipulation(s) associated with your current license that were agreed to with the local Municipality/ Community Board or placed on your license by the Authority. Attach additional sheets if necessary.

### 1b. Address of the Licensed Premises

If your address has been changed as a result of a 911 change, please provide proof of the change such as notification of the 911 address change from the local Municipality/Community Board.

| Licensed Premises Address: | 257-05 UNION TURNPIKE, |
|---|---|

| City: | GLEN OAKS | State: | NY | Zip Code: | 11004 |
|---|---|---|---|---|---|
| County: | QUEENS | Email Address: | Kps1945@hotmail.com | | |

Premises Telephone # (include area code): 718-343-3939   Contact Phone # (include area code):

**Mailing Address (if different than premises address)**

Mailing Address:

City:   State:   Zip Code:

**RETAIL-RENEWAL**

### 1c. Landlord/Building Owner Name and Address - also required if building is owned by the licensee

Landlord Name: 255 MALL

Address: 7 PENN PLAZA.

City: NEW YORK   State: NY   Zip Code: 11001

## 2. Arrest/Conviction Information

Has the applicant or (if partnership) any of the partners, or (if a corporation) any of the officers, directors, stockholders, or any agent or employee of the applicant, been ARRESTED and/or CONVICTED during this renewal period (including pleas of guilty or suspended sentences) of any felony or of any other crime or offense of any kind except minor traffic violations?

○ YES   ⊘ NO   ○ Previously Reported

If YES, complete the chart below. Submit a Police Report, Certificate of Disposition, Certificate of Conviction or a Certificate of Relief from Disabilities from the Court Clerk for each case. If the charge(s) are not complete submit documentation showing your next court appearance. If necessary, attach additional sheets.

| Name of the Defendant | Connection with Licensed Premise (licensee, officer) | Date of Offense | Nature of the arrest and/or conviction | Disposition |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## 3. Applicant Information and Certification

The signature below certifies that I know the contents of this application and the statements contained therein; that the same are true of my own knowledge; and that I am authorized to execute this application and sign this certification. I further certify that I have read the terms and conditions included with this application for the renewal and agree to comply with the conditions.

### A. Sole Proprietor *(This section must be completed, signed and dated by the sole proprietor.)*

Print Name: _____   Date of Birth: _____   Social Security #: _____

Residence street address: _____

City: _____   State: _____   Zip Code: _____

Telephone # (include area code): _____   Cell Phone # (include area code): _____

Signature _____   Title _____   Date _____

**B. Partnership** *(This section must be completed, signed and dated by each partner.)*
*Attach additional sheets if necessary*

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|

Residence street address:

| City: | | State: | | Zip Code: | |
|---|---|---|---|---|---|

| Telephone # (include area code): | | Cell Phone # (include area code): | |
|---|---|---|---|

Partner Signature _____   Title _____   Date _____

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|

Residence street address:

| City: | | State: | | Zip Code: | |
|---|---|---|---|---|---|

| Telephone # (include area code): | | Cell Phone # (include area code): | |
|---|---|---|---|

Partner Signature _____   Title _____   Date _____

**C. Corporation, LLC or LLP** *(This section must be completed, signed and dated by an authorized officer. This principal should be the primary point of contact.)*

Print Name: HARMINDER SINGH   Date of Birth: 07-26-63   Social Security #: [REDACTED]

Residence street address: 86-23 254TH ST.

City: BELLEROSE   State: NY   Zip Code: 11426

Title: TREASURER

Telephone # (include area code): 718-343-3939   Cell Phone # (include area code): 917-362-6831

Authorized Signature: *Harminder Singh*   Title: TREASURER   Date: 04-23-2014

**C. - *Continued* - All remaining Principals on the license must be listed below.**
*(Attach additional sheets as needed to include all principals)*

| | |
|---|---|
| Print Name: | MEHANGA SINGH |
| Date of Birth: | 06·01·47 |
| Social Security #: | ████ |
| Residence street address: | 76-07 264 ST. GLEN OAKS |
| City: | GLEN OAKS |
| State: | NY |
| Zip Code: | 11004 |
| Title: | SECY |
| Telephone # (include area code): | 718-343-3939 |
| Cell Phone # (include area code): | |

| | |
|---|---|
| Print Name: | JOGINDER SINGH |
| Date of Birth: | 07-01-1961 |
| Social Security #: | ████ |
| Residence street address: | 80-55 LANGDALE ST. |
| City: | NEW HYDE PARK |
| State: | NY |
| Zip Code: | 11040 |
| Title: | VICE PRESIDENT |
| Telephone # (include area code): | 718-343-3939 |
| Cell Phone # (include area code): | |

| | |
|---|---|
| Print Name: | KIRPALL SINGH |
| Date of Birth: | 02.26.1945 |
| Social Security #: | ████ |
| Residence street address: | 81-11 169 ST |
| City: | HILLCREST |
| State: | NY |
| Zip Code: | 11432 |
| Title: | PRES. |
| Telephone # (include area code): | 718-343-3939 |
| Cell Phone # (include area code): | |

| | |
|---|---|
| Print Name: | |
| Date of Birth: | |
| Social Security #: | |
| Residence street address: | |
| City: | |
| State: | |
| Zip Code: | |
| Title: | |
| Telephone # (include area code): | |
| Cell Phone # (include area code): | |

**D. Club** *(This section must be completed, signed and dated by the Club Alcoholic Beverage Control (ABC) Officer who has been approved by the State Liquor Authority.)*

| Print Name: | | Date of Birth: | | Social Security #: | |

Residence street address:

| City: | | State: | | Zip Code: | |

Title:

| Telephone # (include area code): | | Cell Phone # (include area code): | |

_____    _____    _____
Authorized Signature                                  Title                                               Date