renapp.rev-063015

**RETAIL-RENEWAL    71**

ALL SECTIONS MUST BE COMPLETED IN ORDER TO APPROVE YOUR RENEWAL

## 1. Licensed Premises Information

Is your licensed premises closed?   ◯ YES   ⦿ NO

if yes, is your license in safekeeping with the Authority?   ◯ YES   ◯ NO

If yes, do you wish for your license to remain in Safekeeping at Renewal?   ◯ YES   ◯ NO

if yes to any of the above, submit a statement giving the reason that the license is In Safekeeping and the date that is planned for the premises to re-open. *Please be aware that licenses cannot remain in Safekeeping for an indefinite period of time.*

Licensed Premises Name: **INDIAN TAJ INC**   License Serial #: **1039547**

Trade Name (if applicable): **SANTOOR INDIAN RESTAURANT**

Federal Employer Identification Number: [REDACTED]

### 1a. Method of Operation: The following questions must be answered by all On-Premises license holders, including beer, beer & wine, or beer, wine & liquor

Section 109 of the ABC Law requires a statement to be submitted indicating the type of establishment operated at the premises.

If you hold an **on-premises** license, please select the method of operation from the following list:

⦿ Restaurant   ◯ Catering Establishment   ◯ Club (i.e., Fraternal Org)   ◯ Ball Park/Stadium/Arena   ◯ Cabaret   ◯ Bed & Breakfast

◯ Bar/Tavern   ◯ Adult Entertainment   ◯ Night Club/Dance Club   ◯ Country Club/ Golf Course   ◯ Hotel   ◯ Sports Bar

If dancing is permitted at the premises, who is be permitted to dance?   ◯ Patrons   ◯ Employees   ◯ Both   ◯ Not Applicable

If dancing is permitted, is there exotic dancing (i.e. pole dancing, lap dancing, etc.) ?   ◯ YES   ◯ NO   ◯ Not Applicable

Is there topless entertainment at the premises?   ◯ YES   ◯ NO

Please list any condition(s) or stipulation(s) associated with your current license that were agreed to with the local Municipality/ Community Board or placed on your license by the Authority. Attach additional sheets if necessary.

### 1b. Address of the Licensed Premises

Licensed Premises Address: **257-05 UNION TURNPIKE, GLEN OAKS**
*Required

City: **NEW YORK**   State: **NY**   Zip Code: **11004**

County: **QUEENS**   Email Address: **kps1945@hotmail.com**
*Required

Premises Telephone # (include area code): **718-343-3939**   Contact Phone # (include area code): **917-660-8000**
*Required

If the address your premise is know by has changed as a result of a 911 update, provide a copy of the 911 address notification form, a letter from the local municipality, or other proof of the address update.

### Mailing Address (if different than premises address)

Mailing Address:

City:   State:   Zip Code:

### 1c. Landlord/Building Owner Name and Address - also required if building is owned by the licensee

| Field | Value |
|---|---|
| Landlord Name: | 255, MALL |
| Address: | 7, PENN PLAZA, NEW YORK. |
| City: | NEW YORK |
| State: | NY |
| Zip Code: | 10001 |

## 2. Arrest/Conviction Information

Has the applicant or (if partnership) any of the partners, or (if a corporation) any of the officers, directors, stockholders, or any agent or employee of the applicant, been ARRESTED and/or CONVICTED during this renewal period (including pleas of guilty or suspended sentences) of any felony or of any other crime or offense of any kind except minor traffic violations?

○ YES   ● NO   ○ Previously Reported

if YES, complete the chart below. Submit a Police Report, Certificate of Disposition, Certificate of Conviction or a Certificate of Relief from Disabilities from the Court Clerk for each case. if the charge(s) are not complete submit documentation showing your next court appearance. if necessary, attach additional sheets.

| Name of the Defendant | Connection with Licensed Premise (licensee, officer) | Date of Offense | Nature of the arrest and/or conviction | Disposition |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## 3. Applicant Information and Certification

The signature below certifies that i know the contents of this application and the statements contained therein; that the same are true of my own knowledge; and that I am authorized to execute this application and sign this certification. i further certify that i have read the terms and conditions included with this application for the renewal and agree to comply with the conditions.

### A. Sole Proprietor (This section must be completed, signed and dated by the sole proprietor.)

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

Signature _____ Title _____ Date _____

**J. Partnership** *(This section must be completed, signed and dated by each partner.)*
*Attach additional sheets if necessary*

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|

Residence street address:

| City: | | State: | | Zip Code: | |
|---|---|---|---|---|---|

| Telephone # (include area code): | | Cell Phone # (include area code): | |
|---|---|---|---|

_____  _____  _____
Partner Signature                    Title                             Date

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|

Residence street address:

| City: | | State: | | Zip Code: | |
|---|---|---|---|---|---|

| Telephone # (include area code): | | Cell Phone # (include area code): | |
|---|---|---|---|

_____  _____  _____
Partner Signature                    Title                             Date

**C. Corporation, LLC or LLP** *(This section must be completed, signed and dated by an authorized officer. This principal should be the primary point of contact.)*

| Print Name: | KIRPALL SINSH | Date of Birth: | 02-26-1945 | Social Security | [redacted] |
|---|---|---|---|---|---|

Residence street address: 81-11 169st. JAMAICA, NY 11432

| City: | JAMAICA | State: | NY | Zip Code: | 11432 |
|---|---|---|---|---|---|

Title: TREASURER.

| Telephone # (include area code): | 718 343 3939 | Cell Phone # (include area code): | 917 660 8000 |
|---|---|---|---|

_Kirpaulsingh_                    PRES.                          10-21-2016
Authorized Signature               Title                          Date

J63015

**RETAIL-RENEWAL     71**

**7. - Continued** - All remaining Principals on the license must be listed below.
(Attach additional sheets as needed to include all principals)

Print Name: HARMINDER SINGH   Date of Birth: 07-26-1963   Social Security #: ███
Residence street address: 86-23 254th STREET
City: BELLEROSE   State: NY   Zip Code: 11426
Title: PRESIDENT
Telephone # (include area code): 718-343-3939   Cell Phone # (include area code): 917-362-6831

Print Name: MEHANGA SINGH   Date of Birth: 06-01-1947   Social Security #: ███
Residence street address: 76-07 264 ST. GLEN OAKS
City: GLEN OAKS   State: NY   Zip Code: 11004
Title: SECY
Telephone # (include area code): 718-343-3939   Cell Phone # (include area code): 516-348-3570

Print Name: JOGINDER SINGH   Date of Birth: 07-01-1961   Social Security #: ███
Residence street address: 80-55 LANGDALE ST.
City: NEW HYDE PARK   State: NY   Zip Code: 11040
Title: VICE PRESIDENT
Telephone # (include area code): 718-343-3939   Cell Phone # (include area code): 516-366-9262

Print Name:   Date of Birth:   Social Security #:
Residence street address:
City:   State:   Zip Code:
Title:
Telephone # (include area code):   Cell Phone # (include area code):

**D. Club** *(This section must be completed, signed and dated by the Club Alcoholic Beverage Control (ABC) Officer who has been approved by the State Liquor Authority.)*

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Title: | | | | | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

_____   _____   _____
Authorized Signature                          Title                                              Date