renapp.rev-063015

# RETAIL-RENEWAL  71

ALL SECTIONS MUST BE COMPLETED IN ORDER TO APPROVE YOUR RENEWAL

## 1. Licensed Premises Information

Is your licensed premises closed?  ☐ YES  ☑ NO

If yes, is your license in safekeeping with the Authority?  ☐ YES  ☑ NO

If yes, do you wish for your license to remain in Safekeeping at Renewal?  ☐ YES  ☑ NO

If yes to any of the above, submit a statement giving the reason that the license is in Safekeeping and the date that is planned for the premises to re-open. *Please be aware that licenses cannot remain in Safekeeping for an indefinite period of time.*

Licensed Premises Name: INDIAN TAJ INC.  
License Serial #: 1039547

Trade Name (if applicable): SANTOOR INDIAN RESTAURANT

Federal Employer Identification Number: [REDACTED]4

### 1a. Method of Operation: The following questions must be answered by all On-Premises license holders, including beer, beer & wine, or beer, wine & liquor

Section 109 of the ABC Law requires a statement to be submitted indicating the type of establishment operated at the premises.

If you hold an **on-premises** license, please select the method of operation from the following list:

☑ Restaurant   ☐ Catering Establishment   ☐ Club (i.e., Fraternal Org)   ☐ Ball Park/Stadium/Arena   ☐ Cabaret   ☐ Bed & Breakfast

☐ Bar/Tavern   ☐ Adult Entertainment   ☐ Night Club/Dance Club   ☐ Country Club/ Golf Course   ☐ Hotel   ☐ Sports Bar

If dancing is permitted at the premises, who is be permitted to dance?  ☐ Patrons  ☐ Employees  ☐ Both  ☑ Not Applicable

If dancing is permitted, is there exotic dancing (i.e. pole dancing, lap dancing, etc.)?  ☐ YES  ☐ NO  ☑ Not Applicable

Is there topless entertainment at the premises?  ☐ YES  ☑ NO

Please list any condition(s) or stipulation(s) associated with your current license that were agreed to with the local Municipality/ Community Board or placed on your license by the Authority. Attach additional sheets if necessary.

### 1b. Address of the Licensed Premises

Licensed Premises Address: 257-05 UNION TURNPIKE   *Required  
City: GLEN OAKS   State: NEW YORK   Zip Code: 11004  
County: QUEENS   Email Address: kps1945@hotmail.com   *Required  
Premises Telephone # (include area code): 718-343-3939   Contact Phone # (include area code): 917-660-8000  
*Required

If the address your premise is know by has changed as a result of a 911 update, provide a copy of the 911 address notification form, a letter from the local municipality, or other proof of the address update.

### Mailing Address (if different than premises address)

Mailing Address: SAME AS ABOVE  
City:   State:   Zip Code:

### 1c. Landlord/Building Owner Name and Address - also required if building is owned by the licensee

| Landlord Name: | 255 MALL |
| Address: | 7 PENN PLAZA |
| City: NEW YORK | State: NEW YORK | Zip Code: 10001 |

## 2. Arrest/Conviction Information

Has the applicant or (if partnership) any of the partners, or (if a corporation) any of the officers, directors, stockholders, or any agent or employee of the applicant, been ARRESTED and/or CONVICTED during this renewal period (including pleas of guilty or suspended sentences) of any felony or of any other crime or offense of any kind except minor traffic violations?

○ YES    ⊗ NO    ○ Previously Reported

If YES, complete the chart below. Submit a Police Report, Certificate of Disposition, Certificate of Conviction or a Certificate of Relief from Disabilities from the Court Clerk for each case. If the charge(s) are not complete submit documentation showing your next court appearance. If necessary, attach additional sheets.

NA

| Name of the Defendant | Connection with Licensed Premise (licensee, officer) | Date of Offense | Nature of the arrest and/or conviction | Disposition |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## 3. Applicant Information and Certification

The signature below certifies that I know the contents of this application and the statements contained therein; that the same are true of my own knowledge; and that I am authorized to execute this application and sign this certification. I further certify that I have read the terms and conditions included with this application for the renewal and agree to comply with the conditions.

### A. Sole Proprietor (This section must be completed, signed and dated by the sole proprietor.)

NA

| Print Name: | | Date of Birth: | | Social Security #: | |
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Telephone # (include area code): | | | Cell Phone # (include area code): | | |

_____  _____  _____
Signature                  Title                      Date

renapp.rev-063015

**RETAIL-RENEWAL    71**

**B. Partnership** *(This section must be completed, signed and dated by each partner.)*
*Attach additional sheets if necessary*

N/A

| Print Name: | | Date of Birth: | | Social Security #: | |
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

Partner Signature        Title        Date

N/A

| Print Name: | | Date of Birth: | | Social Security #: | |
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

Partner Signature        Title        Date

**C. Corporation, LLC or LLP** *(This section must be completed, signed and dated by an authorized officer. This principal should be the primary point of contact.)*

Print Name: HARMINDER SINGH    Date of Birth: 07-26-1963    Social Security [redacted]
Residence street address: 86-23 254th ST.
City: BELLEROSE    State: NY    Zip Code: 11426
Title: SECRETARY
Telephone # (include area code): 718-343-3939    Cell Phone # (include area code): 917-362-6831

Authorized Signature        Title: SECRETARY        Date: 04-24-2018

Page 4 of 6

**C. - Continued** - All remaining Principals on the license must be listed below.
*(Attach additional sheets as needed to include all principals)*

| Print Name: | KIRPALL SINGH | Date of Birth: | 02-26-1945 | Social Security #: | ●● |
|---|---|---|---|---|---|
| Residence street address: | 81-11, 169 ST. JAMAICA | | | | |
| City: | JAMAICA | State: | NY | Zip Code: | 11432 |
| Title: | PRESIDENT | | | | |
| Telephone # (include area code): | 718-343-3939 | Cell Phone # (include area code): | 917-660-8000 | | |

| Print Name: | MEHANGA SINGH | Date of Birth: | 06-01-1947 | Social Security #: | 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 |
|---|---|---|---|---|---|
| Residence street address: | 76-07, 264 ST. | | | | |
| City: | GLEN OAKS | State: | NY | Zip Code: | 11004 |
| Title: | TREASURER | | | | |
| Telephone # (include area code): | 718-343-3939 | Cell Phone # (include area code): | 516-348-3570 | | |

| Print Name: | JOGINDER SINGH | Date of Birth: | 07-01-1961 | Social Security #: | ●● |
|---|---|---|---|---|---|
| Residence street address: | 80-55 LANGDALE ST. | | | | |
| City: | NEW HYDE PARK | State: | NY | Zip Code: | 11040 |
| Title: | VICE PRESIDENT | | | | |
| Telephone # (include area code): | 718-343-3939 | Cell Phone # (include area code): | 516-348-3571 | | |

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Title: | | | | | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

rev 1/22/16

| OFFICE USE ONLY |
| --- |
| ○ Original  ○ Amended  Date _____ |

49

**NEW YORK STATE OF OPPORTUNITY** | **State Liquor Authority** — Standardized **NOTICE FORM** for Providing **30-Day Advanced Notice** to a **Local Municipality or Community Board**

(Page 1 of 2)

1. Date Notice Was Sent: **03/08/2018**   1a. Delivered by: **Certified Mail Return Reciept Requested**

2. Select the type of Application that will be filed with the Authority for an On-Premises Alcoholic Beverage License

☐ New Application  ☐ Renewal  ☐ Alteration  ☐ Corporate Change  ☐ Removal  ☐ Class Change

For **New** applicants, answer each question below using all information known to date.
For **Renewal** applicants, set forth your approved Method of Operation only.
For **Alteration** applicants, attach a complete written description and diagrams depicting the proposed alteration(s).
For **Corporate Change** applicants, attach a list of the current and proposed corporate principals.
For **Removal** applicants, attach a statement of your current and proposed addresses with the reason(s) for the relocation.
For **Class Change** applicants, attach a statement detailing your current license type and your proposed license type.

**This 30-Day Advance Notice is Being Provided to the Clerk of the following Local Municipality or Community Board**

3. Name of Municipality or Community Board: **COMMUNITY BOARD 13. QUEENS VILLAGE.**

**Applicant/Licensee Information**

4. License Serial Number, if Applicable: **1039547**   Expiration Date, if Applicable: **04-30-2018**
5. Applicant or Licensee Name: **INDIAN TAJ INC.**
6. Trade Name (if any): **SANTOOR INDIAN RESTAURANT.**
7. Street Address of Establishment: **257-05 UNION TURNPIKE**
8. City, Town or Village: **GLEN OAKS.**  ,NY Zip Code: **11004**
9. Business Telephone Number of Applicant/Licensee: **718-343-3935.**
10. Business Fax Number of Applicant/Licensee: **NA**
11. Business E-mail of Applicant/Licensee: **CONTACT.SANTOOR@GMAIL.COM**
12. Type(s) of Alcohol sold or to be sold:  ☐ Beer & Cider  ☐ Wine, Beer & Cider  ☐ Liquor, Wine, Beer & Cider
13. Extent of Food Service:  ☒ Full food menu; Full Kitchen run by a chef or cook    ☐ Menu meets legal minimum food availability requirements; Food prep area at minimum
14. Type of Establishment: **FOOD SERVICE ESTABLISHMENT.**
15. Method of Operation: (Check all that apply)
   ☐ Seasonal Establishment  ☐ Juke Box  ☐ Disc Jockey  ☐ Recorded Music  ☐ Karaoke
   ☐ Live Music (Give details: i.e. rock bands, acoustic, jazz, etc.): _____
   ☐ Patron Dancing  ☐ Employee Dancing  ☐ Exotic Dancing  ☐ Topless Entertainment
   ☐ Video/Arcade Games  ☐ Third Party Promoters  ☐ Security Personnel
   ☒ Other (specify): **FULL FOOD SERVICE WITH ALCOHOL**
16. Licensed Outdoor Area: (Check all that apply)
   ☐ None  ☐ Patio or Deck  ☐ Rooftop  ☐ Garden/Grounds  ☐ Freestanding Covered Structure
   ☐ Sidewalk Cafe  ☐ Other (specify): _____

Print Form

renapp.rev-063015

**RETAIL-RENEWAL    71**

**D. Club** *(This section must be completed, signed and dated by the Club Alcoholic Beverage Control (ABC) Officer who has been approved by the State Liquor Authority.)*

| Print Name: | | Date of Birth: | | Social Security #: | |
|---|---|---|---|---|---|
| Residence street address: | | | | | |
| City: | | State: | | Zip Code: | |
| Title: | | | | | |
| Telephone # (include area code): | | Cell Phone # (include area code): | | | |

_____    _____    _____
Authorized Signature                          Title                                         Date