**State Liquor Authority**

151

# LATE RENEWAL REQUIREMENTS

In order to process your renewal, each of the following questions must be answered. Your completed form should be mailed with your renewal application. If you have been asked to submit this form after already mailing your renewal application, then email a completed copy to: **renewals@sla.ny.gov**

Applicant Name: INDIAN TAJ INC

Serial Number: 1039547

1. Explain the reason of the late renewal: DUE TO COVID-19 PANDEMIC, WE WERE CLOSED. NOW REOPENED IN EARLY JANUARY OF THIS YEAR AND NEED OUR LIQUOR LICENSE RENEWED PLEASE.

2. Have you purchased any alcoholic beverages since the expiration of your license?   ◯ Yes   ⦿ No

    If yes, please explain

3. Have you received a summons for sale or service of an alcoholic beverage without a liquor license?   ◯ Yes   ⦿ No

    If yes, please give details including any case or docket number.

4. Were the premises open or closed since the expiration of your liquor license?   ◯ Open   ⦿ Closed

---

HARMINDER SINGH  certifies that he/she is  PRESIDENT
Print Name                                    Title

of the above named licensee; that he knows the contents of the renewal application and the statements and answers therein as well as the statements and answers provided above; that the same are true of his/her own knowledge and that any false statements or misrepresentations shall constitute sufficient cause for the disapproval of the application and/or revocation, cancellation or non-renewal of any license which is issued or affected as a result of such application.

*Harminder Singh*                                01/28/2021
Signiture                                          Dated

Revised 11/20/2015                                  Print Form

rev-03292018 .

| OFFICE USE ONLY |
| --- |
| ○ Original  ○ Amended  Date _____ |

136

# STATE OF NEW YORK
## NOTICE OF APPEARANCE

1039547

Section 166 of the Executive Law requires a regulatory agency to maintain for public inspection, a record of who appears before it, for a fee as a third party (e.g., an attorney, an agent, lobbyist*, or representative) on behalf of a person or organization subject to the regulatory jurisdiction of the agency. This usually occurs when the third party's client is involved in an enforcement, formal permit, or application matter. *This form is subject to all the rules and regulations of the Freedom of Information Law. Information that is confidential as a matter of law need not be furnished.*

**Agency:** NYS Liquor Authority / Division of Alcoholic Beverage Control   **Date:**

**Division / Bureau:** RENEWALS UNIT

1. **Name of individual appearing:** ABC LICENSE - SAM PARK

   **Address:** 35-15 FARRINGTON ST, FLUSHING, NY 11354

   **Telephone:** (718) 939-1400

   **E-mail:** ABCLICENSE@GMAIL.COM

2. **Client represented:** INDIAN TAJ INC, SERIAL # 1039547

   **Address:** 257-05 UNION TPKE, GLEN OAKS, NY 11004

   **Telephone:** (718) 343-3939

3. **Subject of appearance:**  ● Regulatory / Enforcement   ○ Lobbying

   LICENSE RENEWAL

4. **Acting in the capacity of:**  ○ Attorney   ○ Lobbyist   ○ Agent   ● Other (describe below)
   Description: REPRESENTATIVE

5. **Are you being compensated:**  ● Yes   ○ No
   If YES, Check FEE or SALARY:  ● FEE   ○ SALARY

6. **Signature of individual appearing:** _____

7. **Agency official (printed name):** _____
   **Signature:** _____

*A LOBBYIST is a person or organization, other than a New York State government employee acting in an official capacity, who appears for the purpose of influencing the adoption or rejection of proposed rules, regulations, rates, legislation, including the State budget or the specification or award of a State Procurement Contract. An "appearance" for lobbying purposes can be a personal visit, letter, telephone call, conversation at a meeting, or any other type of contact, but does not include "on the record" proceedings or hearings.

Page 1 of 1

.renapp.rev-063015

**RETAIL-RENEWAL     71**

**B. Partnership** *(This section must be completed, signed and dated by each partner.)*
*Attach additional sheets if necessary*

| Print Name: | | Date of Birth: | | Social Security #: | |

Residence street address:

City: | State: | Zip Code:

Telephone # (include area code): | Cell Phone # (include area code):

_____         _____         _____
Partner Signature                      Title                                   Date

| Print Name: | | Date of Birth: | | Social Security #: | |

Residence street address:

City: | State: | Zip Code:

Telephone # (include area code): | Cell Phone # (include area code):

_____         _____         _____
Partner Signature                      Title                                   Date

**C. Corporation, LLC or LLP** *(This section must be completed, signed and dated by an authorized officer. This principal should be the primary point of contact.)*

Print Name: HARMINDER SINGH | Date of Birth: 07/28/1963 | Social Security #: [redacted]

Residence street address: 86-23 254TH ST

City: BELLEROSE | State: NY | Zip Code: 11426

Title: President

Telephone # (include area code): (718) 343-3939 | Cell Phone # (include area code): (917) 362-6831

*Harminder Singh*                    PRESIDENT                    1/28/2021
Authorized Signature                    Title                                   Date