STIPULATION REQUIRED DUE TO THE FOLLOWING REASON(S):
'Removing officers, File a corporate change application with the 128.00 fee with in 15 days to the Albany Officer.

WHEREAS, the captioned licensee (hereinafter referred to as the licensee) has filed or is about to file with the New York State Liquor Authority (hereinafter referred to as the Authority) an application to renew the license heretofore issued to the licensee by the Authority; and

WHEREAS, for good and sufficient reasons the Authority is unable to examine fully and review adequately the renewal application prior to the commencement of the licensed period for which the renewal license is sought or may be unable to initiate or conclude a revocation proceeding prior to the commencement of the above license period and

WHEREAS, the licensee represents that it would create undue hardship were the Authority to withold the issuance of the renewal license pending the completion of the necessary investigation and evaluation of the renewal application or the initiation of a revocation proceeding on the determination of such a proceeding.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the licensee and the Authority that the Authority will issue to the licensee a license for the above license period only on the following conditions:

1. That any and all rights of the Authority to institute or complete revocation or other disciplinary proceedings which the Authority possessed during the current license period be and are carried over to the following license period and that the renewal of said license shall be without prejudice to the right of the Authority to revoke, cancel or suspend said renewal license, for causes, violations or offenses upon which the Authority could have or has already instituted revocation proceedings during the current license period.

2. That the Authority is authorized to complete revocation or other disciplinary proceedings for causes, violations or offenses committed during any prior license period which proceedings have already been commenced, and the renewal of said license shall be without prejudice to the rights of the Authority to revoke, cancel or suspend said renewal license for said causes, violations or offenses committed during any prior license period upon which proceedings have been commenced and the licensee expressly waives its rights to interpose or allege any defense it might have by virtue of Sec. 118 of the Alcoholic Beverage Control Law.

3. That the issuance of the renewal license shall not be deemed a waiver by the Authority or any cause to revoke, cancel or suspend the said license which the Authority now possesses, nor shall it be deemed a waiver by the Authority of any reason for refusal to issue said renewal license.

4. That in the event that the Authority shall, subsequent to the issuance of the said renewal license, determine that the license should not have been renewed, then the Authority shall;

(a) By registered or certified mail or personal service, serve upon the licensee a "Notice of Contemplated Recall" at any time during the renewed license period.

(b) The Notice of Contemplated Recall shall set forth the reasons with specifications wherever possible, upon which the recall is predicted.

  (c) Except as hereinafter set forth in subdivision (e) hereof the Notice of Contemplated Recall shall provide for a recall interview at a time and place to be fixed by the Authority.

  (d) If the Authority shall determine to recall the said license, it shall issue to the licensee an Order of Recall, said Order of Recall shall require the surrender of the said license to the Authority on a date to be specified by the Authority in the Order of Recall. On the date required for surrender, the license shall become null and void and may thereafter be physically possessed by any peace officer or representative of the Authority.

  (e) However, if the Authority has heretofore served a Notice of Contemplated Non-Renewal or Contemplated Disapproval of Renewal, and/or has held an interview thereon, but has not made a final determination thereof, it is agreed and stipulated that such Notice of Contemplated Non-Renewal or Disapproval and all proceedings had in connection therewith shall be deemed to carry over into and constitute a Notice of Contemplated Recall. In such event any determination by the Authority to recall such renewal license may be made solely upon the proceedings held in connection with the Notice of Contemplated Non-Renewal or of Contemplated Disapproval or upon such further proceedings as the Authority in its discretion elects to hold. If the Authority determines to recall the license hereunder, the repossession of such license shall be made in the manner set forth in subdivision (d) hereof.

  5. The recall of a license pursuant to Paragraph 3 above, shall be deemed the same as a refusal to renew said license in the first instance and accordingly subject to review under Section 121 of the Alcoholic Beverage Control Law, provided however, that in any proceedings to review the recall of said license, the licensee shall not be entitled to allege that the issuance of said license constituted a waiver by the Authority of the grounds upon which the recall is based, nor shall the licensee be entitled to allege that the Authority issued said license with knowledge or notice of the facts stated in the application to renew the license, but rather, it is expressly understood and agreed that in issuing the said license the Authority has specifically reserved to itself the right to recall the license as herein above stated.

  6. The words licensee or license wheresoever they may appear herein shall be deemed to include the words permittee or permit in any appropriate case.

        __1039547_____
        STATE LIQUOR AUTHORITY


        _____
            LICENSEE


        _____
          FOR THE LICENSEE


       DATED: _____

(c) Except as hereinafter set forth in subdivision (e) hereof the Notice of Contemplated Recall shall provide for a recall interview at a time and place to be fixed by the Authority.

(d) If the Authority shall determine to recall the said license, it shall issue to the licensee an Order of Recall, said Order of Recall shall require the surrender of the said license to the Authority on a date to be specified by the Authority in the Order of Recall. On the date required for surrender, the license shall become null and void and may thereafter be physically possessed by any peace officer or representative of the Authority.

(e) However, if the Authority has heretofore served a Notice of Contemplated Non-Renewal or Contemplated Disapproval of Renewal, and/or has held an interview thereon, but has not made a final determination thereof, it is agreed and stipulated that such Notice of Contemplated Non-Renewal or Disapproval and all proceedings had in connection therewith shall be deemed to carry over into and constitute a Notice of Contemplated Recall. In such event any determination by the Authority to recall such renewal license may be made solely upon the proceedings held in connection with the Notice of Contemplated Non-Renewal or of Contemplated Disapproval or upon such further proceedings as the Authority in its discretion elects to hold. If the Authority determines to recall the license hereunder, the repossession of such license shall be made in the manner set forth in subdivision (d) hereof.

5. The recall of a license pursuant to Paragraph 3 above, shall be deemed the same as a refusal to renew said license in the first instance and accordingly subject to review under Section 121 of the Alcoholic Beverage Control Law, provided however, that in any proceedings to review the recall of said license, the licensee shall not be entitled to allege that the issuance of said license constituted a waiver by the Authority of the grounds upon which the recall is based, nor shall the licensee be entitled to allege that the Authority issued said license with knowledge or notice of the facts stated in the application to renew the license, but rather, it is expressly understood and agreed that in issuing the said license the Authority has specifically reserved to itself the right to recall the license as herein above stated.

6. The words licensee or license wheresoever they may appear herein shall be deemed to include the words permittee or permit in any appropriate case.

_1039547_
STATE LIQUOR AUTHORITY

_HARMINDER SINGH_
LICENSEE

_Harminder Sin_ (signature)
FOR THE LICENSEE

DATED: _2-16-2021_