**STATE OF NEW YORK – LIQUOR AUTHORITY**
ATTN: Refund Unit
80 South Swan Street, Suite 900
Albany, NY 12210-8002

S8> 315/37

$1602

07-20-21

If the licensee desires to surrender a license or permit voluntarily for cancellation and refund, if any, before the expiration date, as provided in Section 127 of the Alcoholic Beverage Control Law, fill in and sign the following petition and send to the State Liquor Authority address listed above, together with the license or permit certificate. Any false statements may subject the licensee or permittee to disciplinary proceedings and void any request for refund.

NOTE: No refund is payable unless this form is completed and the Federal Employer Identification Number (FEIN) of the licensed entity has been provided.

## PETITION FOR SURRENDER OF LICENSE

TO THE STATE LIQUOR AUTHORITY:

The undersigned ☐ individual ☐ partnership ☒ corporation (CHECK ONE) petitions the Liquor Authority, under provisions of Section 127 of the Alcoholic Beverage Control Law, to accept voluntary surrender of license (permit) certificate number __P795832__ which was issued to __INDIAN TAJ INC__ and in support of this petition makes the following statements and answers:

(Name of licensee)                                                                                               YES   or   NO

1. Has the licensee or (if a partnership) any of the partners or (if a corporation) any of the officers, directors or stockholders been arrested or indicted or served with a summons for any crime or offense (except traffic infractions or violations of the Administrative Code) in the past 12 months?   ☐   X

2. Has any person other than reported in Question 1 above been arrested or indicted or served with a summons for any crime or offense committed on the licensed premises or which involved the licensed business (except violations of the Administrative Code) in the past 12 months?   ☐   X

(If answer to either 1 or 2 above is "Yes", attach an affidavit setting forth in each case the date thereof, crime or offense involved, the name of the defendant and disposition of the case.)

3. The undersigned petitioner further states that the said licensee will, upon the surrender of said license, cease to traffic in alcoholic beverages during the term for which said license was issued and thereafter until a new license shall be issued to said licensee.

WHEREFORE, the undersigned petitioner asks that said license be cancelled and a refund made as provided in Section 127 of the Alcoholic Beverage Control Law.

| Individual and/or Partnerships complete both Sections (A) | Corporations complete both Sections (B) |
|---|---|
| **(A)** Individual licensee and each member of a partnership sign here and sign appropriate certification below. | **(B)** If a Corporation, sign here and sign appropriate certification below. |
| Dated _____ | Dated __07/16/2021__ |
| | Name of Corporation: |
| | __INDIAN TAJ INC__ |
| | By: _[signature]_ |

**(A)   CERTIFICATION TO BE SIGNED AND DATED BY INDIVIDUAL AND EACH MEMBER OF PARTNERSHIP**

The undersigned each for himself/herself certifies that he/she is the holder of the aforesaid license; that he/she made the foregoing petition; that he/she knows the contents thereof and the statements contained therein, and the same are true of his/her own knowledge.

Dated _____

(Signature) of person(s) signing petition)                   (Present residence address)

_____ of _____
_____ of _____
_____ of _____

**(B)   CERTIFICATION TO BE SIGNED AND DATED BY A CORPORATION**

__HARMINDER SINGH__ certifies that he/she is __PRESIDENT__
(Name)                                                                                  (Title)

of the __INDIAN TAJ INC__ Corporation which is holder of this license and which made and executed this petition; that he/she signed his/her name thereto by order of the Board of Directors of said Corporation; that he/she knows the contents thereof and the statements contained therein; and the same are true of his/her own knowledge.

Dated __07/16/2021__

_[signature]_                                                    of __86-23 254TH ST, BELLEROSE, NY 11426__
(Signature of officer signing petition)                          (Present residence address)

Date of Surrender __07/16/2021__                FEIN No __11-3346286__

License Serial No. __1039547__

Please specify the address where the refund, if any, is to be mailed: __257-05 UNION TPKE, GLEN OAKS, NY 11004__

SLA Form 225-008 (01/28/2011)