New York State Department of State

Division of Corporations, State Records and Uniform Commercial Code

# COPY REQUEST/CERTIFICATE OF STATUS RECEIPT

US DISTRICT COURT, EASTERN DISTRICT
STEPHEN JOHN MOSER
133 C NEW YORK AVENUE
HUNTINGTON NY 11743

| | | | |
|---|---|---|---|
| **DATE:** | 01/22/2025 | TRANSACTION NUMBER: | 202501220002735 |

**ENTITY INFORMATION:**

**ENTITY NAME:** INDIAN TAJ, INC.
**DOS ID:** 2078407
**DATE OF INITIAL DOS FILING:** 10/25/1996

| **REQUESTED SERVICES:** | **NUMBER REQUESTED:** | **FEE:** |
|---|---|---|
| **UNCERTIFIED COPY($5.00)** | 0 | $0.00 |
| **CERTIFIED COPY($10.00)** | 3 | $0.00 |
| **CERTIFICATE OF STATUS - SHORT FORM($25.00)** | | $0.00 |
| **CERTIFICATE OF STATUS - LONG FORM($25.00)** | | $0.00 |
| **EXPEDITED HANDLING** | | $0.00 |

| | |
|---|---|
| **TOTAL PAYMENTS RECEIVED:** | $0.00 |
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $0.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $0.00 |

| **REQUESTED COPY** | **FILE DATE** | **FILE NUMBER** |
|---|---|---|
| CERTIFICATE OF INCORPORATION | 10/25/1996 | 961025000202 |
| BIENNIAL STATEMENT | 10/01/1998 | 981001002407 |
| BIENNIAL STATEMENT | 09/28/2000 | 000928002172 |

DOS-1025 (04/2007)

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for INDIAN TAJ, INC., File Number 961025000202 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 22, 2025.

WALTER T. MOSLEY
Secretary of State

*Brendan C. Hughes*

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007329188 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

F961025000202

# CERTIFICATE OF INCORPORATION

## INDIAN TAJ, INC.

Under Section 402 of the Business Corporation Law.

The undersigned, for the purpose of forming a corporation pursuant to Section 402 of the Business Corporation Law of the State of New York, does hereby certify and set forth:

FIRST: The name of the corporation is INDIAN TAJ, INC.

SECOND: The purposes for which the corporation is formed are:

To engage in any lawful act or activity for which corporations may be organized under the business corporation law, provided that the corporation is not formed to engage in any act or activity which requires the act or approval of any state official, department, board, agency or other body without such approval or consent first being obtained.

To produce, treat, purchase, and otherwise acquire, cook, bake, and otherwise prepare, package, and to exchange, distribute, sell and otherwise dispose of, handle, market, store, import, export, deal and trade in food and food products of every kind, and confections, extracts, syrups, coffee, tea, cocoa, wines, liquors, ale, beer, sodas and other drinks and beverages of every kind and description, ice cubes, crushed and block ice, cigars, cigarettes, tobacco and smoking supplies.

To conduct the business of restaurateurs, caterers, inn keepers, tobacconists, bakers, butchers, cooks, concessionaires, purveyors, suppliers, preparers, servers, and dispensers of food and drink; and to engage in all activities, render all services, and to buy, sell, use, handle, and deal in all fixtures, machinery, apparatus, equipment, accessories, tools, materials, products and merchandise incidental or related thereto, or of use therein.

To erect, construct, establish, purchase, lease and otherwise acquire, and to hold, use, equip, outfit, franchise the operation of, supply, service, maintain, manage, operate, sell and otherwise dispose of restaurants, inns, taverns, cafeterias, grills, pizzerias, take-out restaurants, fast food restaurants, automats, buffets, diners, delicatessens, lunch rooms, coffee shops, luncheonettes, ice cream

*1*

parlors, milk bars, candy stores, soda fountains, bakeries, kitchens, bars, cocktail lounges, banquet halls, catering establishments, concessions and other eating and drinking places and establishments of every kind and description.

To acquire by purchase, subscription, underwriting or otherwise, and to own, hold for investment, or otherwise, and to use, sell, assign, transfer, mortgage, pledge, exchange or otherwise dispose of real and personal property of every sort and description and wheresoever situated, including shares of stock, bonds, debentures, notes, scrip, securities, evidences of indebtedness, contracts or obligations of any corporation or association, whether domestic or foreign, or of any firm or individual or of the United States or any state, territory or dependency of the United States or any foreign country, or any municipality or local authority within or without the United States, and also to issue in exchange therefor, stocks, bonds or other securities or evidences of indebtedness of this corporation and, while the owner or holder of any such property, to receive, collect and dispose of the interest, dividends and income on or from such property and to possess and exercise in respect thereto all of the rights, powers and privileges of ownership, including all voting powers thereon.

To construct, build, purchase, lease or otherwise acquire, equip, hold, own, improve, develop, manage, maintain, control, operate, lease, mortgage, create liens upon, sell, convey or otherwise dispose of and turn to account, any and all plants, machinery, works, implements and things or property, real and personal, of every kind and description, incidental to, connected with, or suitable, necessary or convenient for any of the purposes enumerated herein, including all or any part or parts of the properties, assets, business and goodwill of any persons, firms, associations or corporations.

The powers, rights and privileges provided in this certificate are not to be deemed to be in limitation of similar, other or additional powers, rights and privileges granted or permitted to a corporation by the Business Corporation Law, it being intended that this corporation shall have all rights, powers and privileges granted or permitted to a corporation by such statute.

THIRD: The office of the corporation is to be located in the County of Queens, State of New York.

FOURTH: The aggregate number of shares which the corporation shall have the authority to issue is Two Hundred (200), all of which shall be without par value.

2

FIFTH:  The Secretary of State is designated as the agent of the corporation upon whom process against it may be served.  The post office address to which the Secretary of State shall mail a copy of any process against the corporation served on him is:

>   Balvinder Singh
>   257-03/05 Union Turnpike
>   Glen Oaks, New York

SIXTH:  The personal liability of directors to the corporation or its shareholders for damages for any breach of duty in such capacity is hereby eliminated except that such personal liability shall not be eliminated if a judgment or other final adjudication adverse to such director establishes that his acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage to which he was not legally entitled or that his acts violated Section 719 of the Business Corporation Law.

IN WITNESS WHEREOF, this certificate has been subscribed to this 24th day of October, 1996 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

_____
GERALD WEINBERG
90 State Street
Albany, New York

3

9610250002͞0͞2͞

# CERTIFICATE OF INCORPORATION

## OF

## INDIAN TAJ, INC.

**BILLED**

FILED Oct 25 12 49 PM '96

**STATE OF NEW YORK
DEPARTMENT OF STATE**
FILED   OCT 25 1996
TAX $ __10__
BY: __JDM__
queen

Filed by:

Kazazis & Alimaras, Esqs.
36-12 34th Avenue
Long Island City, New York 11106

OCT 25  9 58 PM '96  RECEIVED

4

9610250002/4

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for INDIAN TAJ, INC., File Number 981001002407 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 22, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007329190 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS

**Biennial Statement, Part A**

| | | | | FILING PERIOD 2078407 | 10/1998 | FEE $9.00 |

CORPORATION NAME
**INDIAN TAJ, INC.**

| 1 FARM CORPORATION | ☐ | The corporation is a corporation engaged in the production of crops, livestock, and livestock products on land used in agricultural production (Agriculture and Markets Law Section 301). It is not required to report. |
|---|---|---|

| 2 NAME AND BUSINESS ADDRESS OF THE CHAIRMAN OF THE BOARD OF DIRECTORS | NAME | Balvinder Singh |
| | ADDRESS | 257-03 Union Turnpike |
| | CITY | Glen Oaks | STATE NY | ZIP 11004 |

| 3 ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE | NAME | Balvinder Singh |
| | ADDRESS | 257-03 Union Turnpike |
| | CITY | Glen Oaks | STATE NY | ZIP 11004 |

| 4 SERVICE OF PROCESS ADDRESS | NAME | Balvinder Singh |
| | ADDRESS | 257-03 Union Turnpike |
| | CITY | Glen Oaks | STATE NY | ZIP 11004 |

---

NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS

**Biennial Statement, Part B**

| | FILING PERIOD 2078407 | 10/1998 | FEE $9.00 |

CORPORATION NAME
INDIAN TAJ, INC.

(1) NAME AND BUSINESS ADDRESS OF THE CHAIRMAN OF THE BOARD OF DIRECTORS

NO ADDRESS ON FILE

(2) ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE

NO ADDRESS ON FILE

(3) SERVICE OF PROCESS ADDRESS
BALVINDER SINGH
257-03/05 UNION TURNPIKE
GLEN OAKS NY 00000

2407

ar 98100100

MAKE NO MARKS BELOW THIS LINE    (YOU MUST SIGN AND DATE ON REVERSE)    DOS-1157 (3/95)

9199810 602078407 300900

**IMPORTANT NOTICE**

A New York Corporation which is no longer conducting business should file a Certificate of Dissolution pursuant to section 1003 of the Business Corporation Law, and a foreign corporation no longer conducting business in New York State should file a Surrender of Authority pursuant to section 1310 or a Termination of Existence pursuant to section 1311 of the Business Corporation Law. An inactive corporation continues to accrue tax liability and possible interest and penalties until formally dissolved, surrendered, or terminated. Questions regarding the filing of these certificates should be directed to the NYS Department of State, Division of Corporations, Albany, NY 12231-0001 or by calling 518-473-2492. You are also advised to request Publication 110, "Information and Instructions for Termination of Business Corporations" from the Department of Taxation and Finance. Requests for this publication may be made by phone within New York State by calling 1-800-462-8100 or from outside of New York State by calling (518) 438-1073. Mail requests should be addressed to: NYS Department of Taxation & Finance, Taxpayer Assistance Bureau, W. A. Harriman Campus, Albany NY 12227.

---

Penalty - failure to timely file this statement will be reflected in the department's records as past due or delinquent and may later subject the corporation to a fine of $250. See section 409 of the Business Corporation Law.

Filing Period - the filing period is the calendar month during which the original certificate of incorporation or application for authority was filed or the effective date that corporate existence began, if stated in the certificate of incorporation.

Filing Fee: The statutory filing fee is $9.00. Checks and money orders must be made payable to the "Department of State." DO NOT mail cash.

Send entire form, completed, and with $9.00 fee, in the self-mailer envelope, to the Department of State, Division of Corporations, Albany, NY 12231-0002.

---

*Biennial Statement, Part C*

IN WITNESS WHEREOF, this certificate has been subscribed this ____ day of ____, 19__ by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

_____
PRINT OR TYPE NAME OF SIGNER

_____
PRINT OR TYPE SIGNER'S TITLE

_____
SIGNATURE - OFFICER, DIRECTOR, MANAGER OR OWNER

**STATE OF NEW YORK
DEPARTMENT OF STATE
FILED OCT 01 1998
BY:** _____

MAKE NO MARKS BELOW THIS LINE       **This form does not need to be notarized.**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for INDIAN TAJ, INC., File Number 000928002172 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 22, 2025.

WALTER T. MOSLEY
Secretary of State

*Brendan C. Hughes*

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007329191 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS

## Biennial Statement, Part B

| | FILING PERIOD | FEE |
|---|---|---|
| 2078407 | 10/2000 | $9.00 |

CORPORATION NAME
INDIAN TAJ, INC

(1) NAME AND BUSINESS ADDRESS OF THE CHIEF EXECUTIVE OFFICER

BALVINDER SINGH
257-03 UNION TURNPIKE
GLEN OAKS NY 11004

(2) ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE

BALVINDER SINGH
257-03 UNION TURNPIKE
GLEN OAKS NY 11004

(3) SERVICE OF PROCESS ADDRESS

BALVINDER SINGH
257-03 UNION TURNPIKE
GLEN OAKS NY 11004

If there are no changes to the information printed in Part B, sign Part C and return with payment payable to the Dept of State

MAKE NO MARKS BELOW THIS LINE        **(YOU MUST SIGN ON REVERSE)**        DOS 1179 (07/99)

*Biennial Statement, Part C — Signing*

BALVINDER SINGH.
PRINT OR TYPE NAME OF SIGNER

*Balvinder Singh*

PRINT OR TYPE THE TITLE OR CAPACITY OF THE SIGNER

PRESIDENT

SIGNATURE: *Balvinder Singh*

ar 00092800

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED SEP 28 2000   00092800

BY: ___

MAKE NO MARKS BELOW THIS LINE

New York State Department of State

Division of Corporations, State Records and Uniform Commercial Code

# COPY REQUEST/CERTIFICATE OF STATUS RECEIPT

US DISTRICT COURT, EASTERN DISTRICT
STEPHEN JOHN MOSER
133 C NEW YORK AVENUE
HUNTINGTON NY 11743

| | | | |
|---|---|---|---|
| **DATE:** | 01/22/2025 | **TRANSACTION NUMBER:** | 202501220002801 |

**ENTITY INFORMATION:**

| | |
|---|---|
| **ENTITY NAME:** | INDIAN TAJ, INC. |
| **DOS ID:** | 2078407 |
| **DATE OF INITIAL DOS FILING:** | 10/25/1996 |

| **REQUESTED SERVICES:** | **NUMBER REQUESTED:** | **FEE:** |
|---|---|---|
| **UNCERTIFIED COPY($5.00)** | 0 | $0.00 |
| **CERTIFIED COPY($10.00)** | 1 | $0.00 |
| **CERTIFICATE OF STATUS - SHORT FORM($25.00)** | | $0.00 |
| **CERTIFICATE OF STATUS - LONG FORM($25.00)** | | $0.00 |
| **EXPEDITED HANDLING** | | $0.00 |

| | |
|---|---|
| **TOTAL PAYMENTS RECEIVED:** | $0.00 |
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $0.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $0.00 |

| **REQUESTED COPY** | **FILE DATE** | **FILE NUMBER** |
|---|---|---|
| ASSUMED NAME CORP INITIAL FILING | 05/08/2014 | 20140508031 |

DOS-1025 (04/2007)

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for SANTOOR, File Number 20140508031 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 22, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007329283 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

20140508031

# Certificate of Assumed Name
## Of
## INDIAN TAJ, INC.

*(Pursuant to Section 130 of the General Business Law)*

1. The name of the entity is: **INDIAN TAJ, INC.**

2. Formed or authorized under the following New York Law:
   **X** Business Corporation Law     ___Limited Liability Company Law
   ___Education Law     ___Not-For-Profit Corporation Law
   ___Insurance Law     ___Revised Limited Partnership Act

3. The entity will be doing business under the following assumed name:

   **Santoor**

4. The principal place of business in New York State: *(If none, the out-of-state address)*

   **257-03 Union Turnpike, Glen Oaks, NY 11004**

5. The County or Counties in which business will be conducted under the assumed name:

   **Queens**

6. The address of each location where business will be carried on or transacted under the assumed name:

   **257-03 Union Turnpike, Glen Oaks, NY 11004**

Dated: **May 7, 2014**

*s/ Kirpal Singh*
Kirpal Singh
President


**Service Company: HW**

Certificate of Assumed Name
Of

**INDIAN TAJ, INC.**

*(Pursuant to Section 130 of the General Business Law)*

**Filer:**

Accumera LLC
911 Central Avenue, #101
Albany, NY 12206

Customer Reference # 14467

FILED
2014 MAY -8 PM

RECEIVED
2014 MAY -7 PM 3:09

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED MAY 08 2014

\#: 325368

BY: _____

**Service Company: HW**

2