# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

---

March 13, 2025

**VIA ECF:**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Marquez v Indian Taj, Inc d/b/a Santoor Indian Restaurant, et al.*
     Case No. 20-cv-5855(DG)(RML)

Your Honor:

I represent defendant Harminder Singh in the above-referenced matter. I write to respectfully request a brief extension of time to file reply papers in connection with defendant's motion to vacate the default judgment, from March 7, 2025, to March 14, 2025. The current deadline was set by stipulation of the parties and so-ordered by the Court.

As required by Your Honor's Individual Rules, I note that: (1) the original deadline is March 7, 2025; (2) the reason for the request is due to being out of the office for court appearances on unrelated matters for much of this week; (3) two days is requested; (4) this is the first request for an extension of the reply deadline; and (5) opposing counsel has consented to the request.

Thank you for your consideration of this request.

Respectfully submitted,
/s/ Bhavleen Sabharwal

Bhavleen Sabharwal
Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, New York 10016
(917) 597-5984
bsabharwal@bsablaw.com

CC:    All counsel of record via ECF