**Manuel Moses, Esq.**
**Moses Law Office of New York PLLC**
**236 West 26th Street Suite 303**
**New York, New York 10001**
**(212) 736-2624 ext. 11**
**(212) 981-0528 Fax.**
manuelmoses@icloud.com

April 16, 2025

Hon. Robert M. Levy
United States Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Marques v. Indian Taj. Inc. d/b/a Santoor Indian Restaurant, Et. Al.
        Case No. 1:20-cv-05855-DG-RML
        <u>Letter Motion Requesting Adjournment of the Joint Status Report Due April 23rd.</u>

Your Honor:

I represent Ms. Jugraj Kaur, the wife of Kirpal Singh. I requested a G.A.L. be appointed for Kirpal Singh due to his multiple health problems and diminished capacity. In this regard, you ordered a joint status report due April 23rd along with any opposition to the appointment of a G.A.L. .

My client was only able to get an appointment April 23rd with Mr. Singh's neurologist at which time they will request a medical report, for circulation and or submission to the court in relation to the requirements for G.A.L. and the need for a protective order.

I am requesting that we are given an additional 2 weeks for the joint status report to be filed which would push it out to May 7th.

Respectfully Submitted,

*Manuel Moses*

Manuel Moses, Esq.