# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

April 22, 2025

**VIA ECF**

Honorable Robert M. Levy
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Esteban Marquez v. Indian Taj, Inc. d/b/a Santoor Indian Restaurant, et al.
       Case No.: 1:20-cv-05855-DG-RML

Dear Judge Levy:

      I represent Harminder Singh in the above-referenced matter. I write to respectfully request that the Court so-order the proposed stipulation staying enforcement of the judgments against defendants pending the resolution of the motions currently before the Court.

      As discussed during the last conference before the Court on March 18, 2025, there are currently pending motions to vacate default judgments before the Court, as well as ongoing proceedings regarding the appointment of a guardian ad litem for defendant Kirpal Singh. Enforcement of the judgments could cause irreparable harm to the defendants while these important matters remain unresolved.

      While Plaintiff's counsel has not signed the stipulation, I provided him with notice and an opportunity to respond to the stipulation and respond to this letter to the Court and I have not yet received a response.

      I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Bhavleen Sabharwal

_____
Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue Suite 1063
New York, NY 10016
Tel: (917) 597-5984
Email: bsabharwal@bsablaw.com

cc: All counsel of record via ECF