| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>ESTEBAN MARQUEZ,<br>                            Plaintiff,<br>   vs.<br><br>INDIAN TAJM INC.<br>d/b/a SANTOOR INDIAN RESTAURANT<br>BALVINDER SINGH, HARMINDER SINGH,<br>JOGINDER SINGH, KIRPAL SINGH, and<br>MEHANGA SINGH.<br>                            Defendants.<br>-----------------------------------------------------------x | Case No. 20-CV-5855<br><br><br><br><br>STIPULATION FOR A STAY<br>ON ALL BANK LEVIES |

**It is hereby stipulated and agreed** that any and all bank levies are stayed pending the decisions on the motions to vacate the default judgments in this matter.

_[signature: Vincent T. Pallaci]_

KUSHNICK PALLACI PLLC
VINCENT T. PALLACI (VP 0801)
Attorneys for Joginder Singh and Mehanga Singh
3920 Veterans Memorial Highway, Suite 7
Bohemia, New York 11716
(631) 752-7100
vtp@kushnicklaw.com


_[signature: Bhavleen S.]_

BHAVLEEN SABHARWAL, ESQ.
Attorney for Harminder Singh
Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984
bsabharwal@bsablaw.com

_____
Steven J. Moser, Esq.
Attorney for Plaintiff
Moser Law Firm PC
Attorney for Plaintiff
133 New York Ave,
Huntington, NY 11743
ayuda@moserlawfirm.com
(516) 671-1150

*Manuel Moses*
_____
Manuel Moses, Esq.
Attorney for Kirpal Singh *for G.A.L.* representing wife Jugraj Kaur
Moses Law Office of New York PLLC
236 West 26th Street Suite 303
New York, New York 10001
(212) 736-2624 x11
F. 212-981-0528
manuelmoses@icloud.com