# **EXHIBIT A**

# DOCTOR JACOB MATTHEW MEDICAL REPORT OF KIRPAL SINGH

SUMMIT CITYMD NY • 243 Boyle Rd, SELDEN NY 11784-1929

## SINGH, Kirpall (id #27727394, dob: 02/26/1945)

Last amended by Jacob Mathew MD on 04/24/2025 at 12:54pm

| | | | |
|---|---|---|---|
| **Patient Name** | SINGH, KIRPALL (80yo, M) ID# 27727394 | **Appt. Date/Time** | 04/23/2025 11:00AM |
| **DOB** | 02/26/1945 | **Service Dept.** | Selden_243BoyleRd_NEUROLOGY |
| **Provider** | JACOB MATHEW MD | | |
| **Insurance** | Med Primary: MEDICARE-NY - EMPIRE (MEDICARE)<br>Insurance # : 9ME0PT73VJ20<br>Med Secondary: EMBLEMHEALTH (EPO)<br>Insurance # : K9035357602<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint
None recorded.

### Vitals
None recorded.

### Allergies
Reviewed Allergies

### Medications
None recorded.

### Problems
Reviewed Problems

### Screening
None recorded.

### HPI
INITIAL NEUROLOGY CONSULTATION-REFERRED BY DR. THOMAS MATHEW / DR MURTHI

CHIEF COMPLAINT-EPISODES OF CONFUSION DISORIENTATION AND MEMORY DIFFICULTY AND UNSTEADY GAIT
HISTORY OF COMPLAINTS-
80-YEAR-OLD MALE WAS SEEN WITH A CHIEF COMPLAINT OF STROKE IN 2019.
AS PER PATIENT'S SPOUSE HE HAD SPEECH DIFFICULTY AND HE WAS CONFUSED AND HE WAS UNSTEADY ON HIS FEET AND 2019 HE WAS TAKEN TO NORTH SHORE UNIVERSITY HOSPITAL MANHASSET ON FEBRUARY 26, 2019 NY-WHERE HE WAS ADMITTED AND WAS DIAGNOSED WITH A STROKE AND AFIB-HE WAS DIAGNOSED WITH MULTIPLE EMBOLIC STROKES
SUBSEQUENTLY WAS DISCHARGED TO A BURKE REHAB FACILITY IN WHITE PLAINS NEW YORK WHERE HE RECEIVED INTENSIVE SPEECH AND PHYSICAL THERAPY AND OCCUPATIONAL THERAPY
SINCE THEN WAS FOLLOWED BY HIS NEUROLOGISTS- DR. COHEN AND THEN
MUSRAT SHAREEF

DECEMBER 22, 2023 HE WAS TAKEN BY AMBULANCE TO NASSAU COUNTY MEDICAL CENTER AFTER HE FELL IN THE HOUSE AND HE WAS INCREASINGLY CONFUSED AND DISORIENTED AND WAS AGGRESSIVE AGITATED. HE WAS DIAGNOSED WITH THE COVID NECK WITH THE LEVATOR TROPONIN MARKER FOR HEART DAMAGE. THE DIAGNOSIS COMPLIANT WITH THE ALREADY COMPROMISED STATE PUT HIM TO A MAJOR RISK OF CARDIAC EVENT OR HAVING ANOTHER STROKE ALSO HAD PEDAL EDEMA
ON JANUARY 3, 2024 HE WAS DISCHARGED FROM SO UNIVERSITY MEDICAL CENTER AND WAS DISCHARGED TO GLENCOE CENTER FOR NURSING AND REHAB
ON JANUARY 24, 2024 HE WAS DISCHARGED FROM REHAB AND THE HE HAD VESTIBULAR THERAPY TO IMPROVE BALANCE AND HIS DIZZINESS.
ON MAY 7, 2024 HE WAS STARTED PT AND REHAB AT STARS REHAB AT NORTHWELL HEALTH
ON NOVEMBER 15, 2024 HE HAD TRANSCATHETER AORTIC VALVE REPLACEMENT FOR SEVERE AORTIC STENOSIS AND HEART VALVE FAILURE

ON NOVEMBER 21, 2024 HE WAS DISCHARGED HOME AND HAD OT PT
ON NOVEMBER 22, 2023 HE WAS TAKEN IMMEDIATELY TO EMERGENCY ROOM SECONDARY TO CARDIAC ARRHYTHMIAS AND THE HE HAD A CARDIAC PACEMAKER INSTALLED LATER THAT DAY AND WAS DISCHARGED FROM THE HOSPITAL ON NOVEMBER 23, 2020 FOR
TUMOR IS SCHEDULED FOR CARDIAC ABLATION.

STILL HE HAD MILD EPISODES OF CONFUSION AND DISORIENTATION WITH A SLURRED DYSARTHRIC SPEECH AND UNSTEADY GAIT AND HE HAS TO AMBULATE WITH A CANE

SUMMIT CITYMD NY • 243 Boyle Rd, SELDEN NY 11784-1929

**SINGH, Kirpall (id #27727394, dob: 02/26/1945)**

FREQUENT FALLS AND UNSTEADY GAIT
LAST FALL WAS ABOUT 3 WEEKS AGO
HEADACHES MOSTLY IN THE MORNING FRONTOTEMPORAL AND ALL OVER THE HEAD.
LOW BACK PAIN AND STIFFNESS AND SOMETIMES LOW BACK PAIN RADIATES DOWN RIGHT LEG.
DENIES BURNING IN THE FEET OR PAIN IN THE LEGS.
AS PER PATIENT'S SPOUSE HE HAD EPISODES OF VISUAL HALLUCINATION AND EPISODES OF AGITATION.
EPISODES OF DIZZINESS AND LOSS OF BALANCE
PAST MEDICAL HISTORY. STROKE 2019. AFIB-ABOVE. DIABETES MELLITUS, HYPOTHYROIDISM, ENLARGED PROSTATE, VALVULAR HEART DISEASE, KIDNEY DISEASE
PAST SURGICAL HISTORY-TRANSCATHETER AORTIC VALVE REPLACEMENT FOR SEVERE AORTIC STENOSIS AND HEART VALVE FAILURE ON NOVEMBER 15, 2024
CARDIAC PACEMAKER
OPEN HEART SURGERY IN 2005
ALLERGIES NO KNOWN DRUG ALLERGIES.
SOCIAL HISTORY-DENIES SMOKING ALCOHOL OR DRUG ABUSE
FAMILY HISTORY-FATHER HAD STROKE. FATHER AND MOTHER DECEASED.
SISTER ALSO HAD STROKE
CURRENT MEDICATIONS-AMLODIPINE 5 MG 1 TAB DAILY FOR HYPERTENSION. APIXABAN 5 MG WHICH IS ELIQUIS 1 TAB BY MOUTH EVERY Q 12 HOURS, ASPIRIN 81 MG DAILY FARXIGA 5 MG ORALLY 1 TAB ONCE A DAY FOR DIABETES, FLOMAX 0.4 MG CAPSULE 1 AT BEDTIME FOR BPH, HUMALOG 100 UNITS/ML INJECTION INJECT 2 TIMES A DAY 5-6 UNITS LUNCH AND DINNER, LEVOTHYROXINE 125 MCG 1 DAILY FOR HYPOTHYROIDISM ROSUVASTATIN 40 MG CAPSULE ONCE A DAY FOR HYPERLIPIDEMIA. TOUJEO MAX SOLOSTAR 300 UNITS/ML SUBCU SOLUTION 60 UNITS SUBCU ONCE A DAY IN THE MORNING FOR DIABETES,
CARVEDILOL 25 MG TWICE A DAY RAMIPRIL 10 MG ONCE A DAY AMIODARONE 200 MG TWICE A DAY, FUROSEMIDE 40 MG ONCE A DAY PROCRIT INJECTIONS, RIVASTIGMINE PATCH.

ROS

**Musculoskeletal:** Musculoskeletal: **arthralgias/joint pain.**

**ROS as noted in the HPI**

Physical Exam

MENTAL STATUS PATIENT IS ALERT AWAKE ORIENTED X2 MONTH AND DAY. MILD DYSARTHRIC DYSPHASIA.
IMPAIRED IMMEDIATE RECALL AND SHORT-TERM MEMORY-EPISODES OF CONFUSION AND DISORIENTATION.
DEPRESSED MOOD. EPISODES OF VISUAL HALLUCINATION
IMPAIRED COGNITION AND JUDGMENT.
DIFFICULTY IN FOLLOWING COMPLEX COMMANDS.
FOLLOWS SOME SIMPLE COMMANDS

CRANIAL NERVES 2-12 IS INTACT EXCEPT DIMINISHED HEARING RIGHT EAR-WITH A DIMINISHED VISION IN BOTH EYES

MOTOR EXAM REVEALED NORMAL TONE BULK AND HE MOVED ALL EXTREMITIES AGAINST GRAVITY AND MODERATE RESISTANCE EXCEPT PRONATOR DRIFT OF THE RIGHT UPPER EXTREMITY. PROXIMAL MUSCLE WEAKNESS IN BOTH THIGHS

REFLEXES WERE 1+ THROUGHOUT EXCEPT DEPRESSED ANKLE JERKS

BABINSKI SIGN ABSENT

SENSORY EXAM SENSORY ATAXIA

CEREBELLAR TESTING- DIFFICULTY WITH TANDEM GAIT. MILD DYSMETRIA ON FINGER-TO-NOSE

NECK SUPPLE NO BRUIT OF THE CAROTIDS

ENT-NORMAL
CERVICAL SPINE-LIMITED RANGE OF MOTION CERVICAL
LUMBAR SPINE-STRAIGHT LEG RAISING POSITIVE IN BOTH LEGS RIGHT MORE THAN LEFT

EXTREMITIES. BILATERAL PEDAL EDEMA PLUS MINIMAL SWELLING OF THE RIGHT KNEE
RIGHT KNEE MINIMAL SWELLING AROUND RIGHT KNEE

GAIT UNSTEADY GAIT AND PATIENT AMBULATES WITH A CANE
BP ON SITTING 110/60.
BP ON STANDING 100/50
AS PER LABS DONE ON APRIL 15 2025
BUN WAS 50 CREATININE WAS 3.47 CALCIUM WAS 9.1, LIVER FUNCTION WAS WITHIN NORMAL LIMITS, WBC WAS 5.7 HEMOGLOBIN WAS 8.7 HEMATOCRIT WAS 28.5 B12 LEVEL WAS 371 PLATELET COUNT WAS 167

SUMMIT CITYMD NY • 243 Boyle Rd, SELDEN NY 11784-1929

**SINGH, Kirpall (id #27727394, dob: 02/26/1945)**

Assessment / Plan

**1. History of cerebrovascular accident-**
MRI BRAIN DONE AT NORTH SHORE UNIVERSITY HOSPITAL ON FEBRUARY 28, 2019

SCATTERED SMALL FOCI OF RESTRICTED DIFFUSION ARE NOTABLE THROUGHOUT THE BILATERAL CEREBRAL HEMISPHERES, LEFT SIDE OF THE PONS, RIGHT CEREBRAL HEMISPHERE, AND CEREBELLAR VERMIS.
THERE IS ASSOCIATED T2 AND FLAIR HYPERINTENSE SIGNAL IN THE SAME AREAS COMPATIBLE WITH CYTOTOXIC EDEMA.
. THERE IS NO HEMORRHAGIC TRANSFORMATION.
MULTIPLE ADDITIONAL NONSPECIFIC FOCI OF T2 AND FLAIR HYPERINTENSITY ARE NOTED THROUGHOUT THE DEEP BRAIN AND PERIVENTRICULAR WHITE MATTER OF THE CEREBRAL HEMISPHERES.
THERE IS DIFFUSE CEREBRAL VOLUME LOSS AND PROMINENCE OF THE SULCI AND FISSURES AND CISTERNAL SPACES. MILD VENTRICULOMEGALY APPEARS UNCHANGED. FLOW VOIDS ARE NOTED THROUGHOUT THE MAJOR INTRACRANIAL VESSELS, ON THE T2 WEIGHTED IMAGES CONSISTENT WITH THEIR PATENCY.
THERE IS EVIDENCE OF LEFT-SIDED CATARACT REMOVAL.
MRA NECK WAS DONE
THERE WAS AN INCIDENTAL BETWEEN CONFIGURATION OF THE TO THE AORTIC ARCH.
IN THE BILATERAL CERVICAL INTERNAL CAROTID ARTERIES ARE WITHIN NORMAL LIMITS
THE ORIGINS OF BILATERAL VERTEBRAL ARTERIES ARE NORMAL

MRA OF THE CIRCLE OF WILLIS. THE RIGHT A1 SEGMENT IS HYPOPLASTIC
THE BILATERAL POSTERIOR COMMUNICATING ARTERIES NOT WELL RESOLVED
THERE IS INCIDENTAL DUPLICATION OF THE LEFT SUPERIOR CEREBELLAR ARTERY WITH A NARROWING OF A COMMON ORIGIN.
THE BILATERAL INTRADURAL VERTEBRAL ARTERIES, VERTEBROBASILAR JUNCTION AND BASILAR ARTERY AND BASILAR TIP APPEAR UNREMARKABLE AS WELL AS BILATERAL POSTERIOR CEREBRAL ARTERIES.

- Z86.73: Personal history of transient ischemic attack (TIA), and cerebral infarction without residual deficits
- LEARNING ABOUT BE FAST: STROKE WARNING SIGNS

**2. Multi-infarct dementia-**
MULTI-INFARCT DEMENTIA WITH A SUPERIMPOSED HYPOTHYROID
- I63.9: Cerebral infarction, unspecified

**3. Cerebral infarction-**
EMBOLIC CEREBRAL INFARCTION
MRI BRAIN DONE AT NORTH SHORE UNIVERSITY HOSPITAL ON FEBRUARY 28, 2019

SCATTERED SMALL FOCI OF RESTRICTED DIFFUSION ARE NOTABLE THROUGHOUT THE BILATERAL CEREBRAL HEMISPHERES, LEFT SIDE OF THE PONS, RIGHT CEREBRAL HEMISPHERE, AND CEREBELLAR VERMIS.
THERE IS ASSOCIATED T2 AND FLAIR HYPERINTENSE SIGNAL IN THE SAME AREAS COMPATIBLE WITH CYTOTOXIC EDEMA.
. THERE IS NO HEMORRHAGIC TRANSFORMATION.
MULTIPLE ADDITIONAL NONSPECIFIC FOCI OF T2 AND FLAIR HYPERINTENSITY ARE NOTED THROUGHOUT THE DEEP BRAIN AND PERIVENTRICULAR WHITE MATTER OF THE CEREBRAL HEMISPHERES.
THERE IS DIFFUSE CEREBRAL VOLUME LOSS AND PROMINENCE OF THE SULCI AND FISSURES AND CISTERNAL SPACES. MILD VENTRICULOMEGALY APPEARS UNCHANGED. FLOW VOIDS ARE NOTED THROUGHOUT THE MAJOR INTRACRANIAL VESSELS, ON THE T2 WEIGHTED IMAGES CONSISTENT WITH THEIR PATENCY.
THERE IS EVIDENCE OF LEFT-SIDED CATARACT REMOVAL.
MRA NECK WAS DONE
THERE WAS AN INCIDENTAL BETWEEN CONFIGURATION OF THE TO THE AORTIC ARCH.
IN THE BILATERAL CERVICAL INTERNAL CAROTID ARTERIES ARE WITHIN NORMAL LIMITS
THE ORIGINS OF BILATERAL VERTEBRAL ARTERIES ARE NORMAL

MRA OF THE CIRCLE OF WILLIS. THE RIGHT A1 SEGMENT IS HYPOPLASTIC
THE BILATERAL POSTERIOR COMMUNICATING ARTERIES NOT WELL RESOLVED
THERE IS INCIDENTAL DUPLICATION OF THE LEFT SUPERIOR CEREBELLAR ARTERY WITH A NARROWING OF A COMMON ORIGIN.
THE BILATERAL INTRADURAL VERTEBRAL ARTERIES, VERTEBROBASILAR JUNCTION AND BASILAR ARTERY AND BASILAR TIP APPEAR UNREMARKABLE AS WELL AS BILATERAL POSTERIOR CEREBRAL ARTERIES.
RECOMMENDED -REDUCTION OF RISK FACTORS FOR CEREBROVASCULAR DISEASE AND CONTINUE ELIQUIS 5 MG TWICE A DAY AND PATIENT IS ON ROSUVASTATIN 40 MG ONCE A DAY
CARDIOLOGY FOLLOW-UP.
DISCUSSED THE WARNING SYMPTOMS OF STROKE WITH THE PATIENT. INSTRUCTED THE PATIENT AND THE SPOUSE TO TAKE HIM TO THE ER STAT IF ANY WARNING SYMPTOMS OF STROKE
- I63.9: Cerebral infarction, unspecified

**4. Lumbosacral spondylosis with radiculopathy-**
- M47.27: Other spondylosis with radiculopathy, lumbosacral region

SUMMIT CITYMD NY • 243 Boyle Rd, SELDEN NY 11784-1929

**SINGH, Kirpall (id #27727394, dob: 02/26/1945)**

5. Peripheral neuropathy due to type 2 diabetes mellitus
    E11.42: Type 2 diabetes mellitus with diabetic polyneuropathy

6. Autonomic neuropathy-
ORTHOSTATIC HYPOTENSION
BP ON SITTING WAS 110/60.
BP ON STANDING WAS 100/50
    G99.0: Autonomic neuropathy in diseases classified elsewhere
- ORTHOSTATIC HYPOTENSION: CARE INSTRUCTIONS

**Discussion Notes**
DEGREE OF DISABILITY-HE IS TOTALLY DISABLED WITH SIGNIFICANT LIMITATION OF FUNCTION AND HIS IMPAIRMENT IS PERMANENT.
IN MY OPINION WITH A REASONABLE DEGREE OF MEDICAL CERTAINTY, AS PER DOCUMENTED HISTORY, IMPAIRED COGNITION, JUDGMENT AND MEMORY AND NEUROLOGICAL DEFICITS AND ONGOING DETERIORATION OF HIS MENTAL CAPACITY, HE IS UNABLE TO FULLY COMPREHEND THE COMPLEX QUESTIONS AND DECISION MAKING WHICH IMPAIRS HIS ABILITY TO EFFECTIVELY PARTICIPATE IN AN UNDERSTAND LEGAL PROCESS.
HE NEEDS STRICT ASSISTANCE FOR ACTIVITIES OF DAILY LIVING.

I JACOB MATHEW ,MD THE EXAMINING PHYSICIAN HEREBY SOLEMNLY AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS IN THE MEDICAL RECORD OF KIRPAL SINGH ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF AND I UNDERSTAND THIS DOCUMENT MAYBE USED IN A COURT OF LAW.

SIGNED
*[signature]*
JACOB MATHEW ,MD.

**Return to Office**
- to see Jacob Mathew MD at Selden_243BoyleRd_NEUROLOGY on or around 04/23/2025
- to see Jacob Mathew MD for Office Visit at Selden_243BoyleRd_NEUROLOGY on or around 07/23/2025

**Amendment Sign-Off**
~~Encounter signed-off by Jacob Mathew MD, 04/23/2025.~~ Encounter signed-off by Jacob Mathew MD, 04/24/2025.

Encounter performed and documented by Jacob Mathew MD
Encounter reviewed & signed by Jacob Mathew MD on 04/23/2025 at 12:13 PM
Amendment closed by Jacob Mathew MD on 04/24/2025 at 12:54 PM