TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************************

# Marques
-v-

Case No. 1:20-cv-05855-DG-RML

Indian Taj. Inc. d/b/a Santoor Indian Restaurant, Et. Al.    Docket Number

******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ✓ DOJ ☐
Name: Manuel Moses, Esq.
Firm Name: Moses Law Office of New York PLLC
Address: 236 West 26th Street Suite 303
New York, New York 10001
Phone Number: 212-736-2624 x11
E-Mail Address: manuelmoses@icloud.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓ NO ☐
If yes, state description of document to be entered on docket sheet:
Confidential Medical Record

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal

Rule 26 (c); Rule 5.2 Rule 17(c)

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:                    , NEW YORK

<u>U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE</u>
RECEIVED IN CLERK'S
OFFICE_____
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ✓ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ☐ ; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

_____        _____
DATE                    SIGNATURE