

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

May 7, 2025

**VIA ECF**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant, et al.*
      Case No. 20-cv-5855(DG)(RML)

Dear Judge Levy:

    I represent the Plaintiff in the above referenced matter. Please accept this status report as directed by the Court.

    I explained to all defendants in an email dated March 25, 2025 that Plaintiff *would not agree to any stay* with respect to Mr. Harminder Singh. However, we have reconsidered and agree to the proposed stipulation.

    Moreover, the parties respectfully request until May 21, 2025 to provide the Court with a status report regarding the appointment of a guardian ad litem, as the papers concerning the appointment were filed only yesterday.

                                Respectfully submitted,

                                  *Steven J. Moser*

                                  Steven J. Moser

CC:   All counsel of record via ECF