UNITED STATES DISTRICT COURT                      Case No. 20-CV-5855
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ESTEBAN MARQUEZ,

                      Plaintiff,

     vs.

                                      STIPULATION FOR A STAY
INDIAN TAJM INC.                                  ON ALL BANK LEVIES
d/b/a SANTOOR INDIAN RESTAURANT
BALVINDER SINGH, HARMINDER SINGH,
JOGINDER SINGH, KIRPAL SINGH, and
MEHANGA SINGH.

                              Defendants.
-------------------------------------------------------------x

**It is hereby stipulated and agreed** that any and all bank levies are stayed pending the decisions on the motions to vacate the default judgments in this matter.

KUSHNICK PALLACI PLLC
VINCENT T. PALLACI (VP 0801)
Attorneys for Joginder Singh and Mehanga Singh
3920 Veterans Memorial Highway, Suite 7
Bohemia, New York 11716
(631) 752-7100
vtp@kushnicklaw.com


BHAVLEEN SABHARWAL, ESQ.
Attorney for Harminder Singh
Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984
bsabharwal@bsablaw.com

*Steven J. Moser*

Steven J. Moser, Esq.
Attorney for Plaintiff
Moser Law Firm PC
Attorney for Plaintiff
133 New York Ave,
Huntington, NY 11743
ayuda@moserlawfirm.com
(516) 671-1150

*Manuel Moses*

Manuel Moses, Esq.
Attorney for Kirpal Singh *for G.A.L.* representing wife Jugraj Kaur
Moses Law Office of New York PLLC
236 West 26th Street Suite 303
New York, New York 10001
(212) 736-2624 x11
F. 212-981-0528
manuelmoses@icloud.com