

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

June 19, 2025

**VIA ECF**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant,* Case No. 20-cv-5855(DG)(RML)

Dear Judge Levy:

      We represent the Plaintiff in the above-mentioned matter. We are writing in anticipation of the conference set by the Court June 25th at 3pm. We have a scheduling conflict with a case pending in the Southern District, but would be able to attend a conference at 3:30 PM, 4:00 PM, or 4:30 PM.

      Counsel for the Defendants consent to this request and have advised they are available to hold the conference later in the day.  We therefore respectfully request that the conference be Adjourned to later in the day on June 25, 2025, or to another date convenient to the Court.

      Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF