UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Esteban Marquez

                            Plaintiff(s),

v.

**Indian Taj, Inc.** *doing business as*
**Santoor Indian Restaurant,**
**Balvinder Singh, Harminder Singh,**
**Joginder Singh, Kirpal Singh and**
**Mehanga Singh**

                            Defendant(s).

---

**1:20-cv-05855-DG-RML**

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Anthony J. Cassese, Esq. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Law Offices of Anthony J. Cassese, PLLC and a member in good standing of the bar of the State of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for **Kirpal Singh**. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 25, 2025
       White Plains, NY

Respectfully submitted,

_____
Signature of Movant – Anthony J. Cassese, Esq.
The Law Offices of Anthony J. Cassese, PLLC
445 Hamilton Avenue – Suite 605
White Plains, NY 10601
Ofc: (914) 533-3030
Fax: (888) 447-6385
Anthony@casseselaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Esteban Marquez

                            Plaintifff(s),

v.

**Indian Taj, Inc.** *doing business as* **Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh**

                            **Defendant(s).**

---

<u>1:20-cv-05855-DG-RML</u>

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Anthony J. Cassese, being duly sworn, hereby depose and say as follows:

1. I am a <u>Partner with The Law Offices of Anthony J. Cassese, PLLC</u>, with offices located at 445 Hamilton Avenue, Suite 605, White Plains, NY 10601.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York.
4. There are no pending disciplinary proceedings against me in any state or federal Court.
5. I <u>have never been</u> convicted of a felony.
6. I <u>have never been</u> censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney Registration Number for New York State is: <u>4027421.</u>
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case <u>**1:20-cv-05855-DG-RML**</u> for **Kirpal Singh**.

Dated: <u>June 25, 2025</u>
      White Plains, NY

                                            Signature of Movant – Anthony J. Cassese, Esq.
                                            The Law Offices of Anthony J. Cassese, PLLC
                                            445 Hamilton Avenue – Suite 605
                                            White Plains, NY 10601
                                            Ofc: (914) 533-3030
                                            Fax: (888) 447-6385
                                            Anthony@casseselaw.com



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Anthony Joseph Cassese

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 13, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 25, 2025.

*Clerk of the Court*

CertID-00238377



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
Presiding Justice

DARRELL M. JOSEPH
Clerk of the Court

KENNETH BAND
MELISSA KRAKOWSKI
Deputy Clerks

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024