# EXHIBIT A

# AFFIDAVIT OF JUGRAH KAUR
# WIFE OF KIRPAL SINGH

UNITED STATES DISTRICT COURT  Case No. 20-CV-5855
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ESTEBAN MARQUEZ,
                Plaintiff,
Vs.
                              **AFFIDAVIT OF JUGRAJ KAUR**

INDIAN TAJM INC.
d/b/a SANTOOR INDIAN RESTAURANT
BALVINDER SINGH, HARMINDER SINGH,
JOGINDER SINGH, KIRPAL SINGH, and
MEHANGA SINGH.
                Defendants.
-------------------------------------------------------------x

JUGRAJ KAUR sworn or affirmed deposes and says:

1. I Jugraj Kaur am the wife of Kirpal Singh the above captioned Defendant. My affidavit is also based on my personal knowledge.

2. I am the one writing this affidavit because my husband had a massive stroke back in February 2019 and is now disabled and unable to appear in this action. As we have already made the Court aware he was diagnosed with cerebral infarction and vascular dementia and has multiple health problems.

3. We recently had my husband examined by his neurological physician. The reason we had this exam completed was to demonstrate clearly and unequivocally that my husband Kirpal Singh the defendant in this case is incapable of defending this action due to brain impairment. He is not able to process the many questions in a deposition and his memory is no longer intact. His degree of impairment was also stated in the doctor's affirmation of Jacob Matthew, MD. This convinced the court to permit my husband to be assigned a Guardian Ad Litem Anthony J. Cassese, Esq. who is overseeing the work of Manuel Moses, Esq. my attorney in advocacy for my disabled husband.

4. I have reviewed the affidavit of service in this case annexed to this affidavit. It says that my

husband was served on May 18, 2021. This is impossible as my husband is in no condition to accept service of process. The address where he is alleged to have been served was 257-05 Union Turnpike Glen Oaks, New York which is the restaurant he formerly held an interest in, and his share was sold on September 8, 2020.

5. I have a joint account with my husband. This account has been locked down, because of this judgment on default, and we are unable to get the funds from the account. This is how the lawsuit first came to my attention.

6. Money going into the account included the following: I began to collect my social security in January 2014, my pension in July 2014. My husband began collecting social security in March 2010. My monthly pension $5000 and my social security is $2200 per month. And my husband's social security is $1200 per month. This money should be protected from any debt collection and so the bank restraint lifted immediately. It should be noted that I waive any potential conflict of interest in this case between me and my husband.

7. Moreover, at this point my husband can no longer properly defend this action. He unable to even testify. Mr. Esteban Marquez has waited far too long in bringing this case. This has resulted in extreme prejudice to a defense of this matter. This judgment should be vacated and the case dismissed. If this Court will not decide in dismissal based on a failure to timely prosecute then I request that my attorney be allowed to file an answer on behalf of my husband.

**In Conclusion**: I request that the Court life the restraint; vacate the judgment; dismiss the case or in the alternative or if not allow Manuel Moses, Esq. to interpose an answer and defenses with the oversight of the G.A.L. Anthony Cassese and for any other relief this Court may deem to be just, fair, and proper.

I affirm this 18th day of July 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

 Jugraj Kaur
_____
JUGRAJ KAUR

```
                                                                    143661
                                                                    MOSER- STE

                                                        Index No.  20-CV-5855
                                                        File No.
        DISTRICT              COURT,COUNTY OF    EASTERN NY
```

**ESTEBAN MARQUEZ**

Plaintiff(s)

against

**INDIAN TAJ, INC. D/B/A SANTOOR INDIAN RESTAURANT, BALVINDER SINGH, HARMINDER SINGH, JOGINDER SINGH, KIRPAL SINGH AND MEHANGA SINGH**

Defendant(s)

State of New York, County of Nassau         SS:

**HUSAM AL-ATRASH** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **BROOKLYN    NY    11228**

That on **5/18/2021** at **12:00 n** at **PLACE OF BUS.** at **257-05 UNION TPKE GLEN OAKS    NY    11004**
deponent served the within
**SUMMONS**
**FIRST AMENDED COMPLAINT**

on    **KIRPAL SINGH**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

**SUITABLE AGE PERSON**
by delivering a true copy of each to   **MS. JANE (REFUSED FULL NAME)    CO-WORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

**APPROXIMATE DESCRIPTION**

| SEX | FEMALE | COLOR | BROWN | HAIR | BLACK | HEIGHT | 5'3" | WEIGHT | 140 |
|---|---|---|---|---|---|---|---|---|---|
| AGE | 30 | OTHER | | | | | | | |

**MAILING**
    On    **5/21/2021** deponent mailed a copy of same to respondent at
**257-05 UNION TPKE GLEN OAKS    NY    11004**
by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

**MILITARY CONFIRMATION**
I asked the person spoken to
**MS. JANE (REFUSED FULL NAME)**
whether recipient is in active military service of the United States in any capacity whatever.
Person answered in the negative.

Sworn to before me on    5/21/21

SHAUL HORAN                         Brill Uri
Notary Public, State of New York    Notary Public, State of New York
No. 01HO6108246                     No. 01BR6394019
Qualified in Nassau County          Qualified in Nassau County          **HUSAM AL-ATRASH**
Commission Expires 04/12/2020       Commission Expires 07/01/2023       **1279639**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

**Signature:** _Jugraj Kaur_
Jugraj Kaur (Jul 18, 2025 11:27 EDT)

**Email:** jkaur1948@gmail.com

# EXHIBIT A AFF. MS. KAUR

Final Audit Report     2025-07-18

| | |
|---|---|
| Created: | 2025-07-18 |
| By: | Manuel Moses (jibaru@nyc.rr.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA73cRNpOY24dePBAERLqmMs1MApV7LH0X |

## "EXHIBIT A AFF. MS. KAUR" History

Document created by Manuel Moses (jibaru@nyc.rr.com)
2025-07-18 - 3:14:55 PM GMT- IP address: 68.174.157.177

Document emailed to Jugraj Kaur (jkaur1948@gmail.com) for signature
2025-07-18 - 3:14:58 PM GMT

Email viewed by Jugraj Kaur (jkaur1948@gmail.com)
2025-07-18 - 3:23:14 PM GMT- IP address: 64.233.172.204

Document e-signed by Jugraj Kaur (jkaur1948@gmail.com)
Signature Date: 2025-07-18 - 3:27:10 PM GMT - Time Source: server- IP address: 173.77.222.221

Agreement completed.
2025-07-18 - 3:27:10 PM GMT

Adobe Acrobat Sign