The Wayback Machine - https://web.archive.org/web/20210418235911/https://sla.ny...



# Liquor Authority (/web/20210418235911/https://sla.ny.gov/)

DOH Interim Guidance for Small and Medium Scale Performing Arts & Entertainment (https://web.archive.org/web/20210418235911/https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/Small_a

Interim Guidance for New York City Indoor Food Services (https://web.archive.org/web/20210418235911/https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/NYC_In

# Public License Query

## Search the Public License Query

Search by License Number (https://web.archive.or

Search by Premises or Trade Name (https://web.archive.org

Search by Location (https://web.archive.org

Search by Name of Principal (https://web.archive

[Advanced Search (https://web.archive.org/web/20210418235911/https://www.tran.sla.ny.gov/JSP/query/PublicQuery...)]

## Liquor Authority

- ABC Law
- Accessibility
- Disclaimer
- File a Complaint
- Guidance Documents (Bulletins, Divisional Orders, Delegations etc.)
- MWBE Utilization Plan
- Privacy Policy
- Register to Vote
- SLA's Office Locations
- Translation Services

- About Us
- Contact Us
- FOIL
- Forms Quick Find
- Language Access
- Pressroom
- Reasonable Accommodation
- SDVOB Utilization Plans
- Site Map

### CONNECT WITH US

- FACEBOOK
- INSTAGRAM
- TWITTER
- YOUTUBE