The Wayback Machine - https://web.archive.org/web/20210421104714/https://www.tran.sla.ny.gov/JSP/query/PublicQueryNameS...



Home

**Public License Query**

Wholesale





Forms Quick-Find:    ▫ Wholesale Forms    ▫ Retail Forms

Help

**Public Query - Search by Premises or Trade Name**

Premises Name: [                    ]  Search

or

Trade Name: [                    ]  Search

Disclaimers  |  Confidentiality  |  Privacy  |  Security
New York State Liquor Authority • 80 S. Swan Street • 9th Floor • Albany, New York • 12210-8002