Case 1:17-cv-05285-DG-RER   Document 69-24   Filed 08/25/25   Page 1 of 1 PageID #: 650

New York State Liquor Authority Page 1 of 1



Andrew M. Cuomo, Governor
Vincent G. Bradley, Chairman
Greeley T. Ford, Commissioner

Home
Public License Query
Wholesale





Forms Quick-Find:   Wholesale Forms   Retail Forms

[ Help ]

**Public Query - Results**

**License Information**
- Serial Number: 1277626
- License Type: ON-PREMISES LIQUOR
- License Status: License is Active
- Credit Group: 2
- Filing Date: 04/10/2014
- Effective Date: 08/05/2016
- Expiration Date: 06/30/2018

**Premises Information**
- Principal's Name: PESANTEZ, JAIME ANTONIO
- Premises Name: 88 18 TROPICAL RESTAURANTE CORP
- Trade Name:
- Zone: 1
- Address: 88-18 JAMAICA AVE

  WOODHAVEN, NY 11421
- County: QUEENS

You can select one of the following links to perform another search:
- Search by Name
- Search by License Number
- Search by Location
- Search by Principal
- Advance Search

Disclaimers | Confidentiality | Privacy | Security
New York State Liquor Authority • 80 S. Swan Street • 9th Floor • Albany, New York • 12210-8002

2

https://www.tran.sla.ny.gov/servlet/ApplicationServlet?pageName=com.ibm.nysla.data.p...   10/17/2017