

**Liquor Authority (/)**

Renewal Advisories Now Online (https://sla.ny.gov/renewal-advisory-letters-0) | Outdoor Dining Application (https://sla.ny.gov/outdoor-dining-adding-municipal-space)

# Public Query

## UPDATE

With the State Liquor Authority's Public Query site now decommissioned for security reasons, license information can be found on our LAMP (https://lamp.sla.ny.gov) site and through New York's Open Data (https://data.ny.gov/browse?Dataset-Information_Agency=Alcoholic+Beverage+Control%2C+Division+of+%28State+Liquor+ site. We realize that there are certain gaps with this transition, and we are working to remedy those. In the meantime if something is not currently searchable, you may submit a FOIL request (https://sla.ny.gov/foil-0) online.

## SEARCH

# For Active Licenses and Pending Applications

**Public Query** (https://lamp.sla.ny.gov/)

**Active Temporary Retail Permits** (https://data.ny.gov/Government-Finance/State-Liquor-Authority-Currently-Active-Temporary-/t2xg-mkiv/data)

**Full List of Pending Applications with Status** (https://data.ny.gov/Government-Economic-Development/Current-SLA-Pending-Licenses/f8i8-k2gm/about_data)

**Liquor Authority Mapping Project (LAMP)** (https://lamp.sla.ny.gov/)

**Active Licenses** (https://data.ny.gov/Government-Economic-Development/Current-Liquor-Authority-Active-Licenses/9s3h-dpkz/about_data)

**Inactive Licenses** (https://data.ny.gov/Government-Economic-Development/Current-SLA-Inactive-Licenses/6dg3-2z7i/about_data)

**Active SAPA Licenses** (https://data.ny.gov/Government-Finance/State-Liquor-Authority-Licenses-Currently-Operatin/6kac-t37t/data)

## Liquor Authority

9/11 Assistance Programs

ABC Law

About Us

Accessibility

Contact Us

Disclaimer

FOIL

- File a Complaint
- Forms Quick Find
- Guidance Documents (Bulletins, Divisional Orders, Delegations etc.)
- Language Access
- MWBE Utilization Plan
- Pressroom
- Privacy Policy
- Reasonable Accommodation
- Register to Vote
- SDVOB Utilization Plans
- SLA's Office Locations
- Site Map
- Translation Services
- Transparency Plan

## CONNECT WITH US

- Agencies
- App Directory
- Counties
- Events
- Programs
- Services

Translate
[Translation Services](#)
This page is available in other languages

- [English](#)

- Español
- 中文
- 繁體中文
- Русский
- ייִדיש
- বাংলা
- 한국어
- Kreyòl Ayisyen
- Italiano
- العربية
- Polski
- Français
- اردو