UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Esteban Marquez,

   Plaintiff.

 v.

Indian Taj, Inc. d/b/a Santoor Indian Restaurant,
Balvinder Singh, Harminder Singh, Joginder Singh,
Kirpal Singh, Mehanga Singh,

   Defendants.
------------------------------------------X

AMENDED JUDGMENT
20-CV-05855 (DG) (RML)

   A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on September 27, 2022, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 5, 2022, granting Plaintiff's Motion for Default Judgment; entering default judgments against all Defendants, jointly and severally; awarding Plaintiff damages as follows: $150,944.63 in unpaid wages, $150,944.63 in liquidated damages, and $5,000 in statutory damages; awarding pre-judgment interest on Plaintiff's unpaid wages of $150,944.63 from May 14, 2016 to the date of this Court's judgment at a per diem interest rate of $37.22, and post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961(a); awarding Plaintiff $13,582.50 in attorney's fees, and costs in the amount of $965; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $86,685.38; and

   A Memorandum and Order having been filed on October 10, 2025, granting Defendants Joginder Singh's motion ECF No. 26 and Mehanga Singh's motion, ECF No. 41; granting in part Defendant Harminder Singh's motion, ECF No. 43; directing the Clerk of Court to vacate the default judgment entered against Defendants Joginder Singh, Mehanga Singh, and Harminder Singh; lifting any restraints on Defendants Joginder Singh's, Mehanga Singh's and

1

Harminder Singh's bank accounts or other assets resulting from the default judgment entered against them; dismissing the action against Defendants Joginder Singh and Mehanga Singh pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and directing Plaintiff to effectuate service upon Defendant Harminder Singh and file proof of such service by October 24, 2025 if they wish to continue this action as against n Defendant Harminder Singh; it is

ORDERED and ADJUDGED that Plaintiff's Motion for Default Judgment is granted; and that default judgments are hereby entered in favor of Plaintiff and against Defendants Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, and Kirpal Singh, jointly and severally, in the total amount of $408,122.14 plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York  
      October 14, 2025

Brenna B. Mahoney  
Clerk of Court

By:  */s/Jalitza Poveda*  
     Deputy Clerk