# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Esteban Marquez** ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 20-cv-5855 |
| ) | |
| **Indian Taj, Inc. d/b/a Santoor Indian Restaurant,** ) | |
| **Balvinder Singh, Harminder Singh, Joginder Singh,** ) | |
| **Kirpal Singh and Mehanga Singh,** ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

Amanda Bennett, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Texas. That on October 30, 2025, at 4:38 pm at 1820 Huisache St, Josephine, TX 75189-5580, Deponent served the within FIRST AMENDED COMPLAINT, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Harminder Singh (hereinafter referred to as "subject") by posting the documents at the dwelling place or usual place of abode of HARMINDER SINGH. First class mailing was completed on October 31, 2025 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
No vehicles present in front of the house. Serve Documents were successfully posted on the front door.

Geolocation of Serve: https://google.com/maps?q=32.9959348,-96.2818894
Photograph: See Exhibit 1


Total Cost: $119.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the

State or Federal statutes.

| Executed in | /s/ *Amanda Bennett* |
|---|---|
| Hunt County , | Signature |
| TX on 11/4/2025 . | Server Name: Amanda Bennett |
| | License#: PSC-23363 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Harminder Singh:

Date / Time: October 17, 2025 8:11 pm
Address: 1820 Huisache St, Josephine, TX 75189-5580
Geolocation: https://google.com/maps?q=32.9958644,-96.2819281
Description: There was no answer at the door. No contact was made. . Vehicles were parked in front of the house in the street, including a Mazda6 with license plate TYR4295 and a Toyota with license plate SKN3574. No additional contacts were made.

Date / Time: October 22, 2025 3:51 pm
Address: 1820 Huisache St, Josephine, TX 75189-5580
Geolocation: https://google.com/maps?q=32.9957769,-96.281968
Description: There was no answer at the door. No contact was made. Observed no relevant observations were made. No additional contacts were made.

Date / Time: October 24, 2025 7:54 am
Address: 1820 Huisache St, Josephine, TX 75189-5580
Geolocation: https://google.com/maps?q=32.9958195,-96.2819475
Description: There was no answer at the door. No contact was made. Observed no relevant observations were made. No additional contacts were made.

Date / Time: October 25, 2025 2:58 pm
Address: 1820 Huisache St, Josephine, TX 75189-5580
Geolocation: https://google.com/maps?q=32.9958955,-96.2819187
Description: There was no answer at the door. No contact was made. Observed no relevant observations were made. Attempted to speak with neighbors. No one answered.



Exhibit 1a)

Exhibit 1b)



~~10-17-25 8:00pm AB~~
~~10-22-25 3:40pm AB~~
~~10-24-25 9:50am AB~~
~~10-25-25 2:50pm AB~~
10-30-25 4:25pm AB

Steven J. Moser (SM1133)
MOSER LAW FIRM, P.C.
5 E. Main Street
Huntington, NY 11743
Tel: 516-671-1150
smoser@moseremploymentlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Esteban Marquez,

Plaintiffs,

-against-

Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh,

Defendants.

Case No. 20-cv-5855

**FIRST AMENDED COMPLAINT**

Plaintiff Esteban Marquez his attorneys, the Moser Law Firm, P.C., hereby files this first amended complaint against Indian Taj, Inc. d/b/a Santoor Indian Restaurant, Balvinder Singh, Harminder Singh, Joginder Singh, Kirpal Singh and Mehanga Singh and alleges as follows:

JURISDICTION AND VENUE

1. This action is brought to remedy overtime violations of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, and various violations of the New York Labor Law ("NYLL"), including overtime, spread of hours, and wage statement violations.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 261(a)(2), and supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. § 1391, as substantial parts of the events or omissions giving rise to claims in the Complaint occurred within the Eastern District.

1

Exhibit 1c)



