

# Moser Law Firm, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 29, 2025

**VIA ECF**

Hon. Diane Gujarati, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant*
           Case No. 20-cv-5855(DG)(RML)

Dear Judge Gujarati:

    Please accept this 11th hour request to participate in today's hearing telephonically. I have been sick with the flu since approximately 12/20/2025 and have a doctor's appointment this afternoon at 2PM.

           Respectfully submitted,

           *Steven J. Moser*

           Steven J. Moser

CC:    All counsel of record via ECF