

January 7, 2026

Hon. Diane Gujarati, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant*

　　　Case No. 20-cv-5855(DG)(RML)

Dear Judge Gujarati:

I write to advise the Court that I am still sick.   I have been diagnosed with the flu and a superimposed respiratory infection which is being treated with antibiotics and other mediations.  I respectfully request leave to appear today telephonically.

Respectfully,

*Steven J. Moser*

Steven J. Moser