Manuel Moses, Esq.
Moses Law Office of New York PLLC
236 West 26th Street Suite 303
New York, New York 10001
(212) 736-2624 ext. 11
(212) 981-0528 Fax.
manuelmoses@icloud.com

1/7/26

**VIA ECF**
Hon. Diane Gujarati, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Marques v. Indian Taj. Inc. d/b/a Santoor Indian Restaurant, Et. Al.
Case No. 1:20-cv-05855-DG-RML

Your Honor,

Please be advised that I did not intentionally miss the hearing this afternoon.  I did not get the notice from ECF.  I am requesting to appear virtually at this time.  I only found out because the attorney for one of the defendants asked where I was.  Please grant my application.

Respectfully Submitted;

*Manuel Moses*
_____
Manuel Moses, Esq.
Moses Law Office of New York PLLC
236 West 26th Street Suite 303
New York, New York 10001
(212) 736-2624 x11
F. 212-981-0528
manuelmoses@icloud.com

                        Respectfully Submitted,


                        Manuel Moses, Esq.