# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

January 8, 2025

VIA ECF:

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Marquez v. Indian Taj, Inc., et al.
Case No. 20-cv-5855(DG)(RML)

Dear Judge Gujarati:

I represent Defendant Harminder Singh in this matter. I write to respectfully apologize for my failure to appear at the pre-motion conference scheduled for January 7, 2026 at 2:30 p.m. in connection with Defendant Harminder Singh's anticipated motion to dismiss.

I mistakenly believed the conference was scheduled for 3:00 p.m., confusing it with a separate conference for Defendant Kirpal Singh that was scheduled for that time as per the scheduling order dated January 2, 2026. I respectfully request that the Court reschedule the pre-motion conference at the Court's earliest convenience. I assure the Court that I will carefully confirm the date and time and will appear as directed.

I thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  *Bhavleen Sabharwal*

                                                  Bhavleen Sabharwal
                                                  Law Office of Bhavleen Sabharwal, P.C.
                                                  Attorney for Defendant Harminder Singh
                                                  261 Madison Avenue, Suite 1063
                                                  New York, NY 10016

(917) 597-5984
Bsabharwal@bsablaw.com