# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

January 28, 2025

VIA ECF:

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Marquez v. Indian Taj, Inc., et al.
Case No. 20-cv-5855(DG)(RML)

Dear Judge Gujarati:

Re: *Marquez v. Indian Taj, Inc. et al.*, Case No. 1:20-cv-05855-DG-RML

Dear Judge Gujarati:

The parties respectfully submit this joint letter as directed during the pre-motion conference held on January 14, 2026. Pursuant to the Court's instruction, the parties met and conferred on January 27, 2026, to discuss the possibility of settlement and mediation.

Defendant Harminder Singh is not interested in responding to Plaintiff's current settlement demand until the Court has ruled on his anticipated motion to dismiss[1]. Defendant Singh takes the position that the resolution of the dispositive motion will inform any settlement discussions. Plaintiff's counsel has been advised of this position.

I thank the Court for its consideration of this request.

                                                       Respectfully submitted,

                                                       *Bhavleen Sabharwal*

---

[1] A request for a pre-motion conference in anticipation of a motion to dismiss is pending before the Court (DE 89).

Bhavleen Sabharwal
Attorney for Defendant Harminder Singh
Law Office of Bhavleen Sabharwal, P.C.
Attorney for Defendant Harminder Singh
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com

Steven John Moser
Attorney for Plaintiff Esteban Marquez