# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

January 29, 2025

VIA ECF:

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Marquez v. Indian Taj, Inc., et al.
Case No. 20-cv-5855(DG)(RML)

Dear Judge Gujarati:

Re: *Marquez v. Indian Taj, Inc. et al.*, Case No. 1:20-cv-05855-DG-RML

Dear Judge Gujarati:

Pursuant to Your Honor's Order dated January 28, 2026, Plaintiff and Defendant Harminder Singh respectfully submit this joint letter proposing the following briefing schedule in connection with Defendant Harminder Singh's anticipated pre-answer motion to dismiss. Defendant Harminder Singh shall file his motion to dismiss by February 19, 2026, which is twenty-one days from today's date. Plaintiff shall thereafter have two weeks to file its opposition, with such opposition due by March 5, 2026. Finally, Defendant Harminder Singh shall have one week to file any reply papers, with such reply due by March 12, 2026.

The parties respectfully request that the Court adopt this proposed schedule.

I thank the Court for its consideration of this request.

Respectfully submitted,

*Bhavleen Sabharwal*

Bhavleen Sabharwal
Attorney for Defendant Harminder Singh

Law Office of Bhavleen Sabharwal, P.C.
Attorney for Defendant Harminder Singh
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com

Steven John Moser
Attorney for Plaintiff Esteban Marquez