# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

February 18, 2026

VIA ECF:

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Marquez v. Indian Taj, Inc. et al.*, Case No. 1:20-cv-05855-DG-RML

Dear Judge Gujarati:

Defendant Harminder Singh ("Defendant") respectfully submits this letter requesting an extension to file Defendant's anticipated pre-answer motion to dismiss.

Per Your Honor's Individual Practices, (i) the reason for the request is due to a medical emergency faced by your undersigned; (ii) the original deadline is February 19, 2026; (iii) this is the first request for an extension of this deadline; (iv) there have been no previous requests; (v) the Plaintiff consents to this request; and (vi) the proposed deadline for filing the motion to dismiss is February 25, 2026.

As this extension affects other scheduled dates, Defendant proposes the following revised briefing schedule: Defendant shall file his motion to dismiss by February 25, 2026. Plaintiff shall thereafter have two weeks to file its opposition, with such opposition due by March 12, 2026. Finally, Defendant Harminder Singh shall have one week to file any reply papers, with such reply due by March 19, 2026.

Defendant Harminder Singh respectfully requests that the Court adopt this modified schedule.

I thank the Court for its consideration of this request.

Respectfully submitted,

*Bhavleen Sabharwal*
Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com