# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

February 25, 2026

**VIA EMAIL:**

Steven J. Moser, Esq.
Moser Law Firm, PC
steven.moser@moserlawfirm.com

Re: *Marquez v. Indian Taj, Inc. et al.*, Case No. 1:20-cv-05855-DG-RML

Dear Mr. Moser:

Please find attached Defendant Harminder Singh's Notice of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), together with the accompanying Affirmation in Support of Motion to Dismiss.

Pursuant to Judge Gujarati's Individual Practice Rules, these motion papers will be filed on ECF by my office once the motion is fully briefed on March 19, 2026.

    Respectfully submitted,

    *Bhavleen Sabharwal*
    Bhavleen Sabharwal
    Law Office of Bhavleen Sabharwal, P.C.
    Attorney for Defendant Harminder Singh
    261 Madison Avenue, Suite 1063
    New York, NY 10016
    (917) 597-5984
    Bsabharwal@bsablaw.com