# Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

March 11, 2026

Via ECF:

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Marquez v. Indian Taj, Inc., et al., Case No. 20-CV-5855 (DG)(RML)

I represent Defendant Harminder Singh in the above-referenced matter. I write to respectfully notify the Court that Defendant Harminder Singh is withdrawing his pending motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2), which was served on February 25, 2026.

In light of the withdrawal, Defendant respectfully requests a two-week extension to file an answer to the First Amended Complaint. The proposed deadline to file an answer is March 25, 2026.

Defendant also respectfully requests that the Court permit Defendant Harminder Singh to obtain discovery from co-Defendant Kirpal Singh or his guardian if appointed. Defendant Harminder Singh has no documents in his possession relevant to Plaintiff's claims. It is Defendant Kirpal Singh who was responsible for paying employee wages from the business account of Indian Taj, Inc., held at Citibank. Harminder Singh was not an account holder on that account, had no access to it, and had no authority to write checks from it. This arrangement is consistent with, and directly supported by, an agreement entitled Corporate Resolution which was signed in 2014, in which both Harminder Singh and Kirpal Singh agreed that Kirpal Singh, as majority shareholder, would make all decisions on behalf of the Corporation. That resolution transferred full decision-making authority — including control over corporate finances and employment matters — exclusively to Kirpal Singh.

Accordingly, the records necessary to assess Plaintiff's claims, including payroll records, wage payments, and business documents pertaining to employees, are exclusively in the possession of Kirpal Singh. Defendant Harminder Singh therefore respectfully requests leave to conduct targeted discovery directed to co-Defendant Kirpal Singh in order to adequately prepare his defense.

I thank the Court for its consideration.

                                                      Respectfully submitted,

*Bhavleen Sabharwal*

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
Attorney for Harminder Singh
261 Madison Avenue, Ste. 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com