

Steven J. Moser, Esq.
steven.moser@moserlawfirm.com
631.697.8876

March 12, 2026

**VIA ECF**

Hon. Diane Gujarati, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Marquez v Indian Taj, Inc d b a Santoor Indian Restaurant*
             Case No.: 20-cv-5855(DG)(RML)

Dear Judge Diane Gujarati,

    We represent the Plaintiff in the above referenced matter. With this letter we respectfully consent to Harminder Singh's request to answer the complaint on or before March 25, 2026. See D.E. 94.

                                      Respectfully submitted,

                                *Steven J. Moser, Esq.*
                                        Steven J. Moser

CC: All counsel of record via ECF