Manuel Moses, Esq.
Moses Law Office of New York PLLC
236 West 26th Street Suite 303
New York, New York 10001
(212) 736-2624 ext. 11
(212) 981-0528 Fax
manuelmoses@icloud.com

March 26, 2026

**VIA ECF**

Hon. Diane Gujarati
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**Re: *Marquez v. Indian Taj, Inc., et al.* Case No. 1:20-cv-05871-DG-RML**

Dear Judge Gujarati:

I represent Defendant Kirpal Singh. I am writing to respectfully request that the Court adopt the Report and Recommendation of Magistrate Judge Robert M. Levy, dated **October 22, 2025 (ECF No. 76)**, which recommends vacating the default judgment and dismissing all claims against Mr. Singh.

Prior to this filing, I contacted Steven J. Moser, Esq., counsel for Plaintiff, to determine if they consent to the relief requested herein, and after speaking to him he does not consent.

As the Court is aware, a Guardian Ad Litem was appointed for Kirpal Singh on **June 25, 2025 (ECF No. 56)** due to his incapacity. Magistrate Judge Levy's R&R (ECF No. 76) explicitly found that the default judgment should be vacated and that **"any restraints on defendant's bank accounts or other assets be lifted."**

**I. Consistency with the Court's Prior Orders**
The requested relief is identical to the relief already granted by this Court to Kirpal's co-defendants. On **October 10, 2025 (ECF No. 73)**, Your Honor vacated the default judgments for Joginder Singh, Mehanga Singh, and Harminder Singh. On **October 14, 2025 (ECF No. 74)**, the Clerk of Court entered a judgment formally lifting all restraints on their bank accounts and assets. Kirpal Singh remains the only individual defendant whose assets are still subject to an improper and challenged default.

**II. Recent Developments and the Need for Finality**

The urgency of this request is underscored by the current posture of the case. On **March 25, 2026 (ECF No. 96)**, Defendant Harminder Singh filed his Answer to the Amended Complaint. As the litigation is now actively proceeding on the merits with respect to the remaining parties, it is essential that the cloud of the default judgment and the accompanying bank restraints be removed from Mr. Kirpal Singh, especially in light of the Magistrate's clear recommendation for dismissal.

**Conclusion**

For the reasons stated in the R&R (ECF No. 76) and for the sake of consistency with the Court's October 14, 2025, Judgment (ECF No. 74), Defendant Kirpal Singh respectfully requests that the Court:

1. **Adopt the R&R (ECF No. 76)** in its entirety;
2. **Vacate the default judgment** as to Kirpal Singh;
3. **Dismiss the action** against him; and
4. **Order the immediate lifting of all bank restraints** on his assets.

Thank you for your time and continued attention to this matter.

Respectfully submitted,

*Manuel Moses*

Manuel Moses, Esq.
*Counsel for Defendant Kirpal Singh*

cc: All counsel of record (via ECF)