# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

April 23, 2026

**VIA ECF:**

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Marquez v. Indian Taj, Inc. et al.*, Case No. 1:20-cv-05855-DG-RML

Dear Judge Levy:

      I represent Defendant Harminder Singh in the above-referenced matter and respectfully write, on an emergency basis, to request an adjournment of the telephone conference currently scheduled for today, April 23, 2026 at 3:30 pm before the Court.

      The reason for this request is that my flight has been delayed by six hours and I will be in the air at the time of the scheduled conference. This is the first request for an adjournment of this conference. Counsel for Plaintiff has consented to this adjournment. Counsel for Defendant Kirpal Singh was contacted today, April 23, 2026, but has not yet responded. Accordingly, Defendant Kirpal Singh's position on this request is unknown. This adjournment does not affect any other scheduled dates.

I thank the Court for its consideration of this request.

          Respectfully submitted,

          *Bhavleen Sabharwal*

          Bhavleen Sabharwal
          Law Office of Bhavleen Sabharwal, P.C.
          Attorney for Defendant Harminder Singh
          261 Madison Avenue, Suite 1063
          New York, NY 10016

(917) 597-5984
Bsabharwal@bsablaw.com

CC: All counsel of record via ECF