UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTEBAN MARQUEZ, ) | |
| ) | |
| Plaintiff(s), ) | **NOTICE OF APPEAL** |
| ) | |
| -*against*- ) | **Case No. 20-cv-5855** |
| ) | **(DG)(RML)** |
| INDIAN TAJ, INC. D/B/A SANTOOR INDIAN ) | |
| RESTAURANT, BALVINDER SINGH, ) | |
| HARMINDDER SINGH, JOGINDER SINGH, ) | |
| KIRPAL SINGH, AND MEHANGA SINGH, ) | |
| ) | |
| Defendant(s). | |

Notice is hereby given that Plaintiff Esteban Marquez appeals to the United States Court of Appeals for the Second Circuit from the Memorandum & Order entered on May 13, 2026 (ECF No. 104), which (among other relief) granted Defendant Kirpal Singh's motion, vacated the default judgment as to Defendant Kirpal Singh, lifted restraints on Defendant Kirpal Singh's bank accounts or other assets resulting from the default judgment, dismissed the action without prejudice as against Defendant Kirpal Singh pursuant to Federal Rule of Civil Procedure 4(m), and directed entry of judgment as to Defendant Kirpal Singh pursuant to Federal Rule of Civil Procedure 54(b).

This appeal is taken from the final judgment/order as to Defendant Kirpal Singh.

Dated: June 11, 2026

                                                    Respectfully submitted,

                                                    MOSER LAW FIRM, P.C.

                                                    _____
                                                    By: Steven John Moser
                                                    453 West Main Street
                                                    Huntington, NY 11743
                                                    Steven.moser@moserlawfirm.com
                                                    *Attorneys for Plaintiff*

**Moser Law Firm, PC**
453 W. Main Street
Huntington, NY 11743
O: (631) 759-9766 www.moserlawfirm.com